STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

---

M&T BANK
475 Crosspoint Parkway
Getzville, New York 14068,

                Plaintiff,

vs.

BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO
95 04 97th Street, Apt. 2nd Floor
Ozone Park, New York 11416,

9309 103rd Avenue, Apt. 2
Ozone Park, New York 11417,

                Defendant.

---

Index No.:

CONSUMER CREDIT
TRANSACTION
(NON-CREDIT CARD)

## SUMMONS

**TO DEFENDANT:**

    **YOU ARE SUMMONED** to appear in this action by serving your answer to the complaint on the plaintiff's attorney within the time limits stated below.

    Queens County is designated as the county where this action will be tried, because one or more of the parties to this action resides in that county.

**TIME LIMITS TO ANSWER:**

(1)    If this summons <u>is served by delivery to you personally</u> within New York State, you must answer the complaint within TWENTY (20) days after such delivery.

(2)    If this summons <u>is not served by delivery to you personally</u> within New York State, and not served pursuant to CPLR 312-a, you must answer the complaint within THIRTY (30) days after service is complete.

(3) If this summons is served pursuant to CPLR 312-a, see accompanying STATEMENT OF SERVICE BY MAIL for time limits to answer.

**IF YOU FAIL TO ANSWER THE COMPLAINT** within the time stated, judgment will be entered against you for the relief demanded in the complaint.

Dated: March 22, 2022
Buffalo, New York

RUPP BAASE PFALZGRAF CUNNINGHAM LLC
Attorneys for Plaintiff
M&T Bank

By: _____
Kyle C. DiDone, Esq.
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400

STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

---

M&T BANK,

           Plaintiff,

vs.

BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO,

           Defendant.

---

Index No.:

## VERIFIED COMPLAINT

Plaintiff, M&T Bank, by its attorneys, Rupp Baase Pfalzgraf Cunningham LLC, as and for its verified complaint against the defendant alleges as follows:

1. At all times hereinafter mentioned, plaintiff, M&T Bank ("plaintiff"), was and is a New York banking corporation with a principal place of business located at 475 Crosspoint Parkway, Getzville, New York.

2. Upon information and belief, at all times hereinafter mentioned, defendant Blanca Luciano ("defendant") was and is an individual residing at 95 04 97th Street, Apt. 2nd Floor, Ozone Park, New York or 9309 103rd Avenue, Apt. 2, Ozone Park, New York.

## FACTUAL BACKGROUND

3. On or about August 22, 2015, defendant executed a certain Retail Instalment Contract ("Contract"), pursuant to which plaintiff agreed to lend the defendant $42,163.02, and defendant agreed to repay that amount in accordance with the terms of the Contract. A copy of the Contract is attached as Exhibit A.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

4. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 3 of this complaint.

5. Defendant has breached the terms of the Contract by, among other things, failing and/or refusing to make payments in accordance with its terms.

6. Defendant failed to pay her February 28, 2018 monthly installment payment and all subsequent payments.

7. There is now due and owing the principal amount of $15,201.78 from defendant to plaintiff with respect to the Contract.

8. By reason of defendant's breach of the Contract, plaintiff has been damaged, as of March 22, 2022, in the total amount of $16,922.12, which consists of $15,201.78

principal, $1,082.42 interest, $637.92 late fees, and $0.00 miscellaneous fees, along with all costs, disbursements, and attorneys' fees.

## SECOND CAUSE OF ACTION
### (Unjust Enrichment)

9. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 8 of this complaint.

10. By reason of the acts of the defendant, as aforesaid, and without any wrongdoing on the part of the plaintiff, defendant has been unjustly enriched to plaintiff's detriment.

11. By reason of the foregoing, plaintiff has been damaged in the principal amount of $15,201.78.

**WHEREFORE,** plaintiff M&T Bank demands judgment as follows:

(1) On its first cause of action, as against defendant, Blanca Luciano a/k/a Blanca I. Luciano in the total amount of $16,922.12, plus accrued interest, late charges, costs, disbursements and attorneys' fees;

(2) On its second cause of action, as against defendant, Blanca Luciano a/k/a Blanca I. Luciano in the principal amount of $15,201.78, together with interest thereon;

(3) The costs and disbursements of this action, together with any other or further relief as the Court may deem just and proper.

Dated: March 22, 2022
Buffalo, New York

RUPP BAASE PFALZGRAF CUNNINGHAM LLC
Attorneys for Plaintiff
M&T Bank

By: _____
Kyle C. DiDone, Esq.
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400

## VERIFICATION

STATE OF NEW YORK )
: ss.:
COUNTY OF ERIE )

_____Jason Davis_____, being duly sworn, deposes and says that he/she is a/an __Vice President__ of M&T Bank, the corporation named in the within entitled action; that he/she has read the foregoing Summons and Verified Complaint and knows the contents thereof; and that the same is true to his/her own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters he/she believes them to be true.

Deponent further says that the reason this verification is made by deponent and not by M&T Bank is because M&T Bank is a corporation and the grounds of deponent's belief as to all matters in the Summons and Verified Complaint not stated upon his/her own knowledge, are investigations which deponent has caused to be made concerning the subject matter of this Summons and Verified Complaint and information acquired by deponent in the course of his/her duties as an officer of said corporation and from the books and papers of said corporation.

_____

On this __25th__ day of __March__, 20__22__ before me personally came __Jason Davis__ who, being duly sworn, deposed and said that he/she is a/an __Vice President__ of M&T Bank and that he/she has read the foregoing Verified Complaint, that he/she knows the contents thereof and that he/she has affixed his/her name with all requisite authority on behalf of M&T Bank.

_____
Notary Public

ANGELA MARIE BERNINGER
NOTARY PUBLIC STATE OF NEW YORK
ERIE
LIC. #01BE6376033
COMM. EXP. 06/04/2022

# EXHIBIT A

# M&T Bank

**RETAIL INSTALMENT CONTRACT (MOTOR VEHICLE - NY)**

SIMPLE INTEREST
Dated: AUGUST 22nd, 2015
Account #: _____

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all scheduled payments. | The total cost of your purchase on credit, including your downpayment of $ 1750.00 |
| 6.59 % | $ 10721.70 | $ 42163.02 | $ 52884.72 | $ 54634.72 |

**Your Payment Schedule will be:**
No. of Payments: 84
Amount of Payments: $ 629.58
When Payments Are Due: Monthly, Beginning 10/06/2015

Filing Fees: N/A

**Security:** You are giving a security interest in the Vehicle being purchased.
**Late Charge:** If a payment is more than 10 days late, you will be charged 5% of the full payment amount.
**Prepayment:** If you pay off early, you will not have to pay a penalty.

See below and any other Contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

This Contract, a/k/a SELLER: STAR HYUNDAI, LLC
Name: 202-12 NORTHERN BLVD BAYSIDE NY 11361
Address: Zip Code

This Contract is between Seller and Buyer. All disclosures have been made by Seller. Seller intends to assign this Contract to the Assignee.

We are BUYER(S): BLANCA I LUCIANO 95-04 97TH ST 2FL OZONE PARK NY 11416
Name(s) Address(es) Zip Code(s)

If there is more than one Buyer, each promises, voluntarily and together, to pay us all sums due and to perform all agreements in this Contract.

**VEHICLE:** You have agreed to purchase, under the terms of this Contract, the following motor vehicle and its extra equipment, which is called "Vehicle" in this Contract.

New/Used: USED  Year and Make: 2012 HYUNDAI  Model: SANTA FE  Body Style: SUV  No. Cyl: 4  Truck Ton Capacity: ____  Vehicle Identification No.: 5XYZUDLBXCG324528

**TRADE-IN:**
You have traded in the following vehicle: 2012 HYUNDAI SANTA FE
Year and Make / Model

If a balance is still owing on the vehicle you have traded in, the Seller will pay off this amount on your behalf. You warrant and represent to us that any trade-in is free from liens, claims, encumbrances or security interests, except as shown in the "Cash Price, Downpayment and Trade-In" section as the amount of the "Lien Payoff".

**Cash Price, Downpayment and Trade-In**
(Including accessories, services and taxes)
Cash Price: $ 38886.52
Cash Downpayment: $ 1750.00
Value of Trade-In: $ 21251.15
Less Payoff: $ 21251.15
Lien Payoff to: FL-CA-Church Bank

**Itemization of Amount Financed**
Unpaid Cash Price Balance: $ 37130.52
Amounts Paid to Others on Your Behalf:
License, Tags and Registration: $ 92.00
To Credit Insurance Company: N/A
To VSI Insurance Company: $ 90.00
To Property Insurance Company: N/A
To: ST OF NY/INSP FEE $ 10.00
To: ST OF NY/TIRE FEE $ 12.50
To: TERM-CARE SELECT $ 3999.00
To: N/A
Other Amounts Financed
To Seller for GAP Coverage: $ 100.00
For: DOCUMENTATION FEE $ 75.00
For: MAINTENANCE $ 650.00
Amount Financed: $ 42163.02

**PROPERTY INSURANCE:** You are required to obtain and maintain insurance on the Vehicle, endorsed to protect us as loss-payee. BUT YOU MAY CHOOSE THE AGENT OR BROKER OF YOUR CHOICE. IF YOU FINANCE THE PROPERTY INSURANCE PREMIUM, COMPLETE THE FOLLOWING:

TITLE HOLDER OF COLLATERAL: BLANCA I LUCIANO  REGISTRANT: BLANCA I LUCIANO
PHYSICAL DAMAGE Comprehensive $500.00, deductible, Collision $500.00 deductible.
INSURANCE COMPANY: COUNTRY-WIDE  Policy Number: RT 709341915
Effective Date: 08/22/2015  Initial Term: N/A
AGENT: Name: ____ Address: ____ Telephone Number: ____

You guarantee that the required insurance coverage as shown in the "Your Promises About Insurance" section was obtained from the agent named above. If you do not purchase insurance in this Contract, then liability insurance coverage for bodily injury and property damage is not included or provided for in this Contract.

**VENDOR'S SINGLE INTEREST INSURANCE:** If this box is checked, we require Vendor's Single Interest Insurance. You may choose the person through whom Vendor's Single Interest Insurance is to be obtained. This insurance is for the sole protection of the Assignee and your interest is not covered. If obtained through us, the cost of such insurance is shown in the "Itemization of Amount Financed" in the box labelled "To VSI Insurance Company".

**CREDIT INSURANCE IS NOT REQUIRED:** Credit Life Insurance, Credit Disability Insurance and Credit Involuntary Unemployment Insurance is not required to obtain credit. If you select the insurance checked below, you sign below and agree to pay the additional cost(s). Your insurance certificate will tell you the MAXIMUM amount of insurance available. All insurance purchased will be for the term indicated.

By signing, you select Single Credit Life Insurance, which costs $ N/A  What is your age? ___ Yrs.
X_____
Signature of Buyer to be Insured for Single Credit Life Insurance
Insurer: _____ Term: N/A

By signing, you select Single Credit Disability Insurance, which costs $ N/A  What is your age? ___ Yrs.
X_____
Signature of Buyer to be Insured for Single Credit Disability Insurance
Insurer: _____ Term: N/A

By signing, you both select Joint Credit Life Insurance, which costs $ N/A  What are your ages? ___/___ Yrs.
1.X_____
2._____
Signatures of both Buyers to be Insured for Joint Credit Life Insurance
Insurer: _____ Term: N/A

By signing, you both select Joint Credit Disability Insurance, which costs $ N/A  What are your ages? ___/___ Yrs.
1.X_____
2._____
Signatures of both Buyers to be Insured for Joint Credit Disability Insurance
Insurer: _____ Term: N/A

By signing, you select Single Credit Involuntary Unemployment Insurance, which costs $ N/A  What is your age? ___ Yrs.
X_____
Signature of Buyer to be Insured for Single Credit Involuntary Unemployment Insurance
Insurer: _____ Term: N/A

By signing, you both select Joint Credit Involuntary Unemployment Insurance, which costs $ N/A  What are your ages? ___/___ Yrs.
1.X_____
2._____
Signatures of both Buyers to be Insured for Joint Credit Involuntary Unemployment Insurance
Insurer: _____ Term: N/A

**DEBT CANCELLATION COVERAGE IS NOT REQUIRED:** Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the value of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is offered and you sign a separate waiver containing GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed on the "Itemization of Amount Financed".

**ASSIGNEE:** We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns the Contract in a subsequent assignee, the term also refers to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the Assignee. The Assignee's name and address is: **M&T BANK, Installment Loan Operations, One Fountain Plaza, P.O. Box 767, Buffalo, New York 14240**

**CO-SIGNER:** Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in this Contract. Co-Signer will not be an Owner of the Vehicle.

**CO-OWNER:** Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and Agrees separately and together with all Co-Owner(s) and Buyers to perform all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

**TERMS:** The terms shown in the boxes above are part of this Contract.

**PROMISE TO PAY:** You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by making the Total Down Payment, and paying us the Amount Financed plus the cost of service charge (called "Interest" in the Contract) at the Annual Percentage Rate shown above. You promise to make payments in accordance with the Payment Schedule. You promise to make payments on or before the same day of each month as the first payment due date. You agree to pay all other amounts which may become due under the terms of this Contract. You agree to make payments at the place or to send payments to the address which this Assignee most recently specifies in the written notice to you.

**SECURITY AGREEMENT:** To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds. **ADDITIONAL TERMS AND CONDITIONS: THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.**

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**NOTICE TO THE BUYER:** 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this Contract from an agent or broker of your own selection.

By signing below, we agree to sell the Vehicle to you under the terms of this Contract.  You hereby acknowledge receipt of a copy of this Contract.
RETAIL INSTALMENT CONTRACT

SELLER X STAR HYUNDAI, LLC
BY: _____ (SEAL)  08/22/2015
Date

BUYER X _____ (SEAL)  08/22/2015
BUYER X _____ (SEAL)  Date

**CO-SIGNER NOTICE**

You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay any or all of these costs and charges as required by the terms of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Instalment Contract, which contains the exact terms of your obligation, and the Co-Signer(s) Notice.

You have been given a completed copy of this Notice and each writing that obligates you to pay the debt or the Buyer on this Contract.

Signature of Co-Signer _____ Date _____  Signature of Co-Signer _____ Date _____

**CO-SIGNER: YOU SHOULD READ THE NOTICE TO CO-SIGNER'S ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.**
**CO-SIGNER'S AGREEMENT:** You, the person (or persons) signing below as "Co-Signer", promise to pay us all sums due on this Contract and to perform all agreements in this Contract. You intend to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, even though we will use the proceeds only for the Buyer's benefit. You agree to pay us now though we may not have made any prior demand for payment to the Buyer or exercised our security interest. You also acknowledge receiving a completed copy of this Contract.

X_____
Co-Signer's Signature     Address (SEAL)    Date

X_____
Co-Signer's Signature     Address (SEAL)    Date

**CO-OWNER'S SECURITY AGREEMENT:** You, the person signing below as "Co-Owner", together with the Buyer(s) being all of the Owners of the Vehicle, give us a security interest in the Vehicle identified above. You agree to all the terms of the Security Agreement and all other parts of this Contract except the "Promise to Pay" section. You are giving us this security interest to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency which might be due after repossession and sale of the Vehicle.

X_____
Co-Owner's Signature     Address     Date

**ASSIGNMENT**

The Seller agrees to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee, pursuant to and subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and representations set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of this Contract from the Seller, then such assignment shall be deemed to be "without recourse", pursuant to the dealer agreement, and made on the date of this Contract. For purposes of this Assignment, Seller hereby appoints Assignee as its attorney-in-fact to supply any missing information in this Assignment.

_____  STAR HYUNDAI, LLC  _____
Date  Name of Seller  Signature and Title of Person signing for Seller

**No Cooling Off Period**
State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Interest Rate _____%
(For Internal Use Only)

TRUE COPY - UCC NON-AUTHORITATIVE COPY

ance, which costs $ _____ N/A _____
ture of Buyer to be insured for Single Credit
ntary Unemployment Insurance
er: _____ Term: _____ N/A

Insurance, which costs $ _____ N/A
1. X
2. X
Signatures of both Buyers to be insured for
Joint Credit Involuntary Unemployment Insurance
Insurer: _____ Term: _____ N/A

your ages? N/A   ages to be insured N/A

**CANCELLATION COVERAGE IS NOT REQUIRED:** Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is d and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount ed".

**NEE:** We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns the Contract to a subsequent assignee, the term also to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the eu. The Assignee's name and address is:
**M&T BANK**
Installment Loan Operations, One Fountain Plaza, P.O. Box 767
Buffalo, New York 14240

**NER:** Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in ntract. Co-Signer will not be an Owner of the Vehicle.
**HER:** Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s), orm all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.
: The terms shown in the boxes above are part of this Contract.

**SE TO PAY:** You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by the Total Down Payment, and paying us the Amount Financed plus the credit charge (called "Interest" in this Contract) at the Annual Percentage Rate shown. You promise to make payments in accordance with the Payment Schedule. You to make payments on or before the same day of each month as the first payment e. You agree to pay all other amounts which may become due under the terms of tract. You agree to make payments at the place or to send payments to the which the Assignee most recently specifies in the written notice to you.

**SECURITY AGREEMENT:** To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds.
**ADDITIONAL TERMS AND CONDITIONS:** THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to e a part of the Finance Charge.

**E TO THE BUYER:** 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a letely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you , you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some instances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance motor vehicle provided for in this Contract from an agent or broker of your own selection.

g below, we agree to sell the Vehicle to you under the terms of this Contract.

STAR HYUNDAI, LLC                                       08/22/2015
_____ (SEAL)    Date

You hereby acknowledge receipt of a copy of this Contract.
RETAIL INSTALLMENT CONTRACT
BUYER X _____ (SEAL)    08/22/2015    Date
BUYER X _____ (SEAL)    Date

**CO-SIGNER NOTICE**
ree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for t, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of ts listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs ney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by is of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Installment Contract, which s the exact terms of your obligation, and the Co-Signer(s) Notice.

e been given a completed copy of this Notice and each writing that obligates you or the Buyer on this Contract.

X
_____                      _____
of Co-Signer          Date:               Signature of Co-Signer          Date

: YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.
**'S AGREEMENT:** You, the person (or persons) signing below as "Co-Signer", promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our rest. You also acknowledge receiving a completed copy of this Contract.

                            (SEAL)
Signature          Address                     Date
                            (SEAL)
ignature          Address                     Date

**SECURITY AGREEMENT:** You, the person signing below as "Co-Owner", together with the Buyer(s) being all of the Owners of the Vehicle, give us a security interest in the ied above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise To Pay" section. You are giving us the st to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency due after repossession and sale of the Vehicle.

nature          Address                     Date

**ASSIGNMENT**
es to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee d subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of the Contract from the Seller, then such assignment shall be without recourse", pursuant to the dealer agreement, and made as of the date of the Contract. For purposes of this Assignment, Seller hereby appoints Assignee as its in supply any missing signature of Seller hereunder.

STAR HYUNDAI, LLC
_____                      _____
Name of Seller                          Signature and Title of Person signing for Seller

**No Cooling Off Period**
oes not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract use you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for reasons.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
NYS23SLC-1) 6/2/2004
Financial Services - BANCO
ORIGINAL - White • BUYER'S COPY - Canary • CO-SIGNER'S COPY - Pink • SELLER'S COPY - Galvanized

Interest Rate _____ %

TRUE COPY- UCC NON-AUTHORITATIVE COPY

| By signing, you select Single Credit Involuntary Unemployment Insurance, which costs $ _____ | What is your age? ___ Yrs. N/A | By signing, you both select Joint Credit Involuntary Unemployment Insurance, which costs $ _____ | What are your ages? N/A | Percent-age to be insured N/A N/A |
|---|---|---|---|---|

X _____
Signature of Buyer to be Insured for Single Credit Involuntary Unemployment Insurance

1. X _____
2. X _____
Signatures of both Buyers to be Insured for Joint Credit Involuntary Unemployment Insurance

Insurer: _____ Term: _____ N/A
Insurer: _____ Term: _____ N/A

**DEBT CANCELLATION COVERAGE IS NOT REQUIRED:** Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the value of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is offered and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount Financed".

**ASSIGNEE:** We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns the Contract to a subsequent assignee, the term also refers to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the Assignee. The Assignee's name and address is: **M&T BANK**
Installment Loan Operations, One Fountain Plaza, P.O. Box 767
Buffalo, New York 14240

**CO-SIGNER:** Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in this Contract. Co-Signer will not be an Owner of the Vehicle.

**CO-OWNER:** Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s), to perform all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

**TERMS:** The terms shown in the boxes above are part of this Contract.

**PROMISE TO PAY:** You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by making the Total Down Payment, and paying us the Amount Financed plus the credit service charge (called "interest" in this Contract) at the Annual Percentage Rate shown above. You promise to make payments in accordance with the Payment Schedule. You promise to make payments on or before the same day of each month as the first payment due date. You agree to pay all other amounts which may become due under the terms of this Contract. You agree to make payments at the place or to send payments to the address which the Assignee most recently specifies in the written notice to you.

**SECURITY AGREEMENT:** To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds.

**ADDITIONAL TERMS AND CONDITIONS:** THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO THE BUYER:** 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this Contract from an agent or broker of your own selection.

By signing below, we agree to sell the Vehicle to you under the terms of this Contract.

SELLER X STAR HYUNDAI, LLC
BY: _____ 08/22/2015
(SEAL)     Date

You hereby acknowledge receipt of a copy of this Contract.
RETAIL INSTALLMENT CONTRACT
BUYER X _____ (SEAL) 08/22/2015
BUYER X _____ (SEAL) Date

**CO-SIGNER NOTICE**
You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by the terms of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Installment Contract, which contains the exact terms of your obligation, and the Co-Signer(s) Notice.

You have been given a completed copy of this Notice and each writing that obligates you or the Buyer on this Contract.

X _____    X _____
Signature of Co-Signer   Date   Signature of Co-Signer   Date

**CO-SIGNER:** YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.
**CO-SIGNER'S AGREEMENT:** You, the person (or persons) signing below as "Co-Signer", promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. You intend to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, even though we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our security interest. You also acknowledge receiving a completed copy of this Contract.

X _____ (SEAL)
Co-Signer's Signature   Address   Date
X _____ (SEAL)
Co-Signer's Signature   Address   Date

**CO-OWNER'S SECURITY AGREEMENT:** You, the person signing below as "Co-Owner", together with the Buyer(s) being all of the Owners of the Vehicle, give us a security interest in the Vehicle identified above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise To Pay" section. You are giving us the security interest to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency which might be due after repossession and sale of the Vehicle.

X _____
Co-Owner's Signature   Address   Date

**ASSIGNMENT**
The Seller agrees to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee pursuant to and subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and representations set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of the Contract from the Seller, then such assignment shall deemed to be "without recourse", pursuant to the dealer agreement, and made as of the date of the Contract. For purposes of this Assignment, Seller hereby appoints Assignee as attorney-in-fact to supply any missing signature of Seller hereunder.

STAR HYUNDAI, LLC

Date _____   Name of Seller _____   Signature and Title of Person signing for Seller _____

**No Cooling Off Period**
State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.

Form MT-RSMVLF-NY (VRS23SLC-N) 4-7-2005
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
ORIGINAL - White • BUYER'S COPY - Canary • CO-SIGNER'S COPY - Pink • SELLER'S COPY - Goldenrod

TRUE COPY- UCC NON-AUTHORITATIVE COPY