STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

M&T BANK,

                  Plaintiff,                Index No.: 706898/2022

    vs.

BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO,

                  Defendant.

## <u>NOTICE OF CROSS-MOTION</u>

| | |
|---|---|
| Nature of Action: | Breach of Contract |
| Moving Party: | Plaintiff |
| Directed To: | Defendant |
| Date and Time: | September 6, 2022, or as soon thereafter as the motion can be heard. |
| Place: | Hon. Maurice E. Muir, J.S.C.<br>Queens County Supreme Court<br>88-11 Sutphin Blvd., Queens, New York 11435 |
| Supporting Papers: | Affidavit of Jack A. Bargnesi, Esq., sworn to August 25, 2022, and the affidavit of Caitlin Whalen sworn to August 29,2022. |
| Answering Papers: | Pursuant to CPLR 2214 and 2215, answering papers, if any, must be served at least one (1) day prior to the return date of this motion. |
| Relief Requested: | An order (1) denying defendant's motion in its entirety, and (2) granting plaintiff's motion, together with such other and further relief that the Court deems just and proper. |
| Grounds for Relief: | CPLR 3212 and associated case law. |
| Oral Argument: | Not requested.  Plaintiff requests that this motion be decided on submissions only. |

Case 1:23-cv-02233-EK-RML Document 1-6 Filed 03/22/23 Page 2 of 66 PageID #: 129

Dated:   August 25, 2022
          Buffalo, New York

                    **RUPP BAASE PFALZGRAF CUNNINGHAM** LLC
                    Attorneys for Plaintiff

                    By: _____
                         Jack A. Bargnesi, Esq.
                    1600 Liberty Building
                    Buffalo, New York 14202
                    (716) 854-3400

TO:    **CAMBA LEGAL SERVICES, INC.**
        Attorneys for Defendant
        Matthew Schedler, Esq.
        20 Snyder Avenue
        Brooklyn, New York 11226
        (718) 940-6311

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 3 of 66 PageID #: 130

STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

_____

M&T BANK,

                    Plaintiff,                    Index No.: 706898/2022

        vs.


BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO,

                    Defendant.

_____

## **AFFIDAVIT**


STATE OF NEW YORK    )
                                         ) ss:
COUNTY OF ERIE          )



        JACK A. BARGNESI, ESQ., being duly sworn, deposes and says:


        1.       I am an attorney duly licensed to practice law in the State of New York,

and I am an associate with the law firm of Rupp Baase Pfalzgraf Cunningham LLC, attorneys for

plaintiff, M&T Bank (the "plaintiff"), in the above-captioned action.  I have worked on this

matter extensively and am familiar with the matters set forth herein.


        2.       I submit this affidavit in opposition to defendant's motion to dismiss.  I

further submit this affidavit in support of plaintiff's cross-motion for summary judgment.

Case 1:23-cv-02233-EK-RML Document 1-6 Filed 03/22/23 Page 4 of 66 PageID #: 131

## PROCEDURAL HISTORY

3.      M&T Bank filed a summons and verified complaint in the Queens County Clerk's Office on March 30, 2022.  Attached as Exhibit A is a copy of the summons and verified complaint.

4.      M&T Bank duly served defendant with the summons and verified complaint.  Attached as Exhibit B is a copy of M&T Bank's affidavit of service.

5.      On or about June 22, 2022, defendant appeared by service of a pro se answer.  On or about July 6, 2022, defendant filed an amended answer. Attached as Exhibit C and D, respectively, are copies of the pro se and amended answer.

6.      On or about July 27, 2022, defendant filed a Motion to Dismiss.

## FACTUAL BACKGROUND

7.      As is set forth more fully in the affidavit of Caitlin Whalen, Assistant Vice President at M&T Bank, sworn to August 29, 2022, which is incorporated by reference herein, ("Whalen Affidavit"), this action arises out of defendant's breach of a certain retail installment contract ("Contract") with M&T Bank.

INDEX NO. 706898/2022
RECEIVED NYSCEF: 08/30/2022

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 5 of 66 PageID #: 132

8.      As admitted in defendant's affidavit, she has breached the terms of the Contract by, among other things, failing to make certain payments in accordance with its terms. *See* defendant's affidavit at ¶ 5 and Whalen Affidavit at ¶ 5.

9.      Based on this undisputed breach, defendant voluntarily surrendered the vehicle to plaintiff.

10.      On or about May 3, 2018, plaintiff mailed defendant a notice of plan to sell property ("notice") informing defendant she breached the contract, that plaintiff intends to sell the collateral, and that defendant will be responsible for any deficiency.  The notice explicitly advised defendant of her right to redeem the collateral and that it would be sold more than ten days after the notice if not redeemed in the full redemption amount of $34,055.61. *See* Whalen Affidavit at ¶ 5-6. Attached as Exhibit E is the notice.

11.      Defendant did not cure her default in response to the notice. Accordingly, M&T sold the collateral.

12.      On June 26, 2018, plaintiff mailed defendant a letter stating the collateral was sold at auction, informed her there was a deficiency remaining of $17,709.22, and demanding payment thereto ("deficiency notice"). *See* Whalen Affidavit at ¶ 9. Attached as Exhibit F is the deficiency notice.

13.      On June 27, 2018, plaintiff mailed defendant a workout letter attempting to set up monthly payments to pay off the deficiency balance.  Attached as Exhibit G is the workout letter.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 6 of 66 PageID #: 133

14.     Despite the foregoing attempts to workout a payment plan, defendant

failed to respond to plaintiff.  As a result, plaintiff was forced to file this action in attempt to

recover the deficiency balance. *See* Whalen Affidavit at ¶ 13.

15.     Pursuant to the terms of the Contract, the amount due totals $16,922.12,

plus accrued interest, costs, and attorneys' fees.

## ARGUMENT

## POINT I

## M&T BANK IS ENTITLED TO SUMMARY JUDGMENT BECAUSE DEFENDANT HAS FAILED TO MAKE PAYMENTS WHEN DUE.

16.     M&T Bank is entitled to summary judgment because it has submitted the

relevant debt instruments to the Court (*see* Exhibit A to the Whalen Affidavit), and because it

has proffered an affidavit of nonpayment (*see* Kress Affidavit).  *See Mfrs. & Traders Trust Co. v.*

*True-Tone Sound,* 288 A.D.2d 951, 732 N.Y.S.2d 211 (4th Dep't 2001) (holding that plaintiff

met its initial burden by submitting copies of the debt instruments in addition to an affidavit of

nonpayment from its vice president); *Rochester Community Sav. Bank v. Smith*, 172 A.D.2d

1018, 569 N.Y.S.2d 277 (4th Dep't 1991) (holding that plaintiff met its burden on a motion for

summary judgment by submitting the relevant debt instruments and an affidavit of nonpayment).

17.     Given that M&T Bank has established its prima facie right to summary

judgment, the burden shifts to defendant to raise a triable issue of fact.  *See Chamberlain v.*

*Amato*, 259 A.D.2d 1048, 688 N.Y.S.2d 345 (4th Dep't 1999).

Case 1:23-cv-02233-EK-RML    Document 1-6    Filed 03/22/23    Page 7 of 66 PageID #: 134

18.     Defendant cannot meet her burden, as she has no meritorious defenses to this action.  In fact, defendant admits to executing the contract and her failure to make payments when due. *See* defendant's affidavit at ¶ 5.

19.     Defendant's arguments raised in her Motion to Dismiss fail to raise a triable issue of fact regarding M&T Bank's entitlement to judgment as a matter of law.

20.     Defendant argues that M&T Bank's complaint fails to state a cause of action.  This is wholly without merit.

21.     The complaint alleges causes of action against the defendant for breach of contract and unjust enrichment.  In order to properly allege a cause of action for breach of contract, a complaint must allege the existence of a contract, the plaintiff's performance under the contract, the defendant's breach of the contract, and the ensuing damages from the breach. See U.S. Bank Nat'l Assn. v. Lieberman, 2012 N.Y. App. Div. LEXIS 5820 at *2 (1st Dep't 2012).

22.     In this case, the complaint against the defendant alleged the existence of a retail instalment contract entered into between the defendant and M&T Bank, that M&T Bank provided the defendant with funds to purchase a vehicle in fulfillment of the contract, and that defendant failed and/or refused to make payments according to the contract's terms. *See* Exhibit A at ¶ 3 – 8.  Therefore, M&T Bank has sufficiently alleged a cause of action for breach of contract.

23.     In order to allege a cause of action for unjust enrichment, a complaint must state that the defendant was enriched at the plaintiff's expense and that the interests of equity and justice dictate that the defendant should not be able to retain what it recovered from the plaintiff.  See Mandarin Trading Co. v. Wildenstein, 16 N.Y.3d 173, 182, 919 N.Y.S.2d 465 (2011).

24.     In this case, M&T Bank's alleged that the defendant was enriched in the amount of $15,201.78 at the expense of M&T Bank, due to defendant's breach of the retail instalment contract. *See* Exhibit A at ¶ 9-11.  M&T Bank also stated that the defendant's enrichment came through no fault of the plaintiff, so the interests of justice would be served by rectifying the defendant's enrichment. *Id.*

25.     Since M&T Bank properly pled its causes of action against the defendant, this affirmative defense is without merit and should be disregarded.

26.     Defendant also claims that M&T Bank does not have standing to bring this action.  This claim is wholly without merit.  M&T Bank contracted to lend the defendant the necessary funds to purchase the vehicle. *See* Whalen Affidavit at ¶ 3.  M&T Bank's standing to bring this action is without question, and defendant's argument should therefore be disregarded.

27.     To the extent that defendant may allege that M&T Bank failed to repossess and dispose of the Collateral in a commercially reasonable manner, this allegation also must fail.  As set forth in the Whalen Affidavit, M&T Bank followed all prerequisites and gave all the required notices in connection with its repossession of the Collateral.  M&T Bank arranged for the Collateral to be advertised for sale and disposed of at auction to the highest

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 9 of 66 PageID #: 136

bidder. As Caitlin Whalen avers, there was nothing unusual about the repossession and

disposition of the Collateral and it was done in the same way that M&T Bank has handled the

repossession and sale of similar vehicles.

28.     Pursuant to New York UCC § 9-627(b), a sale is "commercially

reasonably" if it takes place in a manner normal for any recognized market, if it yields a price

that corresponds to fair market value for any recognized market at the time of the sale, or if the

sale is "otherwise in conformity with reasonable commercial practices among dealers in the type

of property that was subject to disposition." *See* N.Y. U.C.C. § 9-627(b) (McKinney's 2013).

Sale of repossessed collateral by private auction has been held as a matter of law to be a

commercially reasonable method of disposition. *Coxall v. Clover Comm. Corp.,* 4 Misc. 3d 654,

661-62, 781 N.Y.S.2d 567 (Civ. Ct. Kings County, June 8, 2004) *citing Charter One Auto Fin.

Corp. v. Vaglio,* 2003 N.Y. Misc. LEXIS 253, *5, 2003 NY Slip Op 50638(U) (Sup. Ct.,

Nassau Co., January 30, 2003). Accordingly, defendant's blanket assertion that the sale was not

commercially reasonable is without merit.

29.     Defendant's additional arguments are irrelevant, wholly without merit, and

unsupported by any admissible evidence. Therefore, they are insufficient to deny M&T Bank

judgment as a matter of law.

30.     Defendant failed to make payments under the Contract, and therefore, is in

breach of the agreement. Based on this breach, M&T Bank is entitled to summary judgment

against the defendant, for the amount of $16,922.12, plus accrued interest and late charges,

together with all costs and attorneys' fees. M&T's entitlement to costs and attorneys' fees arises

out of the terms of the Contract.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 10 of 66 PageID #: 137

31.     For all of the reasons stated herein, defendant's Motion to Dismiss should be denied in its entirety, and M&T Bank's motion for summary judgment should also be granted in its entirety.

## POINT II

### UCC 2-725 IS IRRELEVANT TO THIS ACTION BECAUSE THE CONTRACT IS GOVERNED BY THE MOTOR VEHICLE RETAIL INSTALMENT SALES ACT

32.     New York State Personal Property Law 9-301 *et. seq.*, also known as the Motor Vehicle Retail Instalment Sales Act, governs the sale of motor vehicles pursuant to retail instalment contracts. *See* N.Y. Pers. Prop. L. 9-301 (McKinney 2013).

33.     Although N.Y. U.C.C. 2-725 purports to subject the sale of certain unenumerated goods and services to a four-year statute of limitations, UCC Article 2 specifically does not "impair or repeal *any statute regulating sales to consumers, farmers, or other specified classes of buyers.*" *See* N.Y. U.C.C. 2-102 (McKinney 2013).

34.     Purchasers of motor vehicles through retail instalment contracts, such as the defendant, are members of a specified class of consumer buyers whose purchase transactions are regulated by the Motor Vehicle Retail Instalment Sales Act. Therefore, UCC Article 2 is inapplicable to this action. The Motor Vehicle Retail Instalment Sales Act defaults to the CPLR in terms of statutes of limitations, which sets a six-year limit on actions involving breach of contract. *See* N.Y. C.P.L.R. 213 (McKinney 2013). Since the action was commenced well within 6 years of the date of last payment, the action is timely and the defendant's motion to dismiss should be denied in its entirety.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 11 of 66 PageID #: 138

**POINT III**

**EVEN IF FOUR YEAR STATUTE OF LIMITATIONS APPLIES
A CAUSE OF ACTION EXISTS FOR EACH INSTALLMENT ACCRUED**

35.     It is undisputed that the contract between the parties was an installment contract.  Therefore, when payments are due to the condition on an installment basis, a cause of action exists for each installment accrued. *Sce v. Ach*, 56 A.D.3d 457 (2nd Dept. 2008), *Medalie v. Jacobsen*, 120 A.D.2d 652 (2nd Dept. 1986).

36.     An exception to this rule is, if the debt is accelerated, the statute begins to run when accelerated.  *Alice A. Baker, Inc. v. Norton*, 192 Misc.2d 511 (Sup. Ct, Rensselaer County 2002).

37.     Here, plaintiff did not accelerate the debt until June 26, 2018, when it mailed the deficiency notice to defendant and demanded payment in full of the deficiency balance.  Therefore, the four-year statute of limitations did not begin to run until June 26, 2018.  Plaintiff's commencement of this action, on March 30, 2022 was within that four-year period.

38.     Since the action was commenced within four years of the date of acceleration, the action is timely and the defendant's motion to dismiss should be denied in its entirety.

39.     Alternatively, if the court were to apply the four-year statute of limitations from the date of the first missed payment, plaintiff's entire action is not barred by the statute of limitations because defendant's failure to pay each installment payment due prior to acceleration

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 12 of 66 PageID #: 139

gives rise to a cause of action for that payment. Plaintiff, therefore, would only be barred from

recovering the installments due February 6, 2018, and March 6, 2018, as this action was

commenced March 30, 2022, within the four-year statute of limitations of each installment from

April 2018 through June 2018 when the debt was accelerated.

## POINT IV

## ATTONEYS' FEES

40.     M&T Bank also is entitled to costs and attorneys' fees. Its entitlement to

costs and attorneys' fees arises out of the terms of the Contract. *See* Whalen Affidavit,

Exhibit A.

41.     Your affirmant's firm handles this matter for M&T Bank on an hourly

basis. The terms of the Contract allow M&T Bank to recover reasonable attorneys' fees plus

costs. *See* Whalen Affidavit, Exhibit A. ("COLLECTION COSTS").

42.     To date, your affirmant's firm's work on this matter includes:

      a.    The preparation, filing, and service of the summons
          and    verified complaint;

      b.    The review of defendant's answer;

      c.    Telephone conversations with our client; and

      d.    The preparation of plaintiff's motion for summary
          judgment.

43.     M&T Bank respectfully requests an award based on actual attorneys' fees

and costs incurred in the prosecution of this matter. As of the date of this motion, your

affirmant's firm has expended 18.2 hours, with your affirmant spending 13 hours, partner Kyle

D. DiDone, Esq. expending 3.6 hours and paralegal Veronica Krause expending 1.6 hours. Attorneys' fees for collection matters at your affirmant's firm are $225.00 per hour for partners, $180.00 per hour for associates, and $130.00 per hour for paralegals. Accordingly, M&T Bank's attorneys' fees – calculated on an hourly basis – total $3,358.00. Additionally, M&T Bank has incurred costs and expenses in the amount of $346.28.

44.    An award of $3,358.00 in attorneys' fees and $346.28 in costs and expenses is fair and reasonable in light of the specific contractual language concerning collection costs, the amount of time that your affirmant's firm has expended, the amount of time that your affirmant's firm will expend in enforcing M&T Bank's judgment, and the prevailing rates for legal services in New York.

**WHEREFORE**, M&T Bank respectfully requests that this Court grant it judgment against defendant Blanca Luciano a/k/a Blanca I. Luciano in the total amount of $16,922.12, plus accrued interest, late charges, costs, and attorneys' fees, deny the defendant's motion to dismiss in its entirety, and grant such other and further relief that this Court deems just and proper.

_____
Jack A. Bargnesi, Esq.

Sworn to before me this
25th day of August, 2022.

_____
Notary Public

JAMES MATTHEW PHILLIPS
**Notary** Public, State of New York
No. 02PH6397254
Qualified in Erie County
**Commission** Expires 09/03/2023

# EXHIBIT A

FILED: QUEENS COUNTY CLERK 08/30/2022 03:39 PM INDEX NO. 706898/2022

NYSCEF DOC. NO. 25    Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 15 of 66 PageID #: 142   RECEIVED NYSCEF: 08/30/2022

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF** QUEENS
----------------------------------------------------------------x
M&T Bank,

                            Plaintiff/Petitioner,


        - against -                                        Index No. 706898/2022


Blanca Luciano a/k/a Blanca I. Luciano,
                            Defendant/Respondent.
----------------------------------------------------------------x

### NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
(Uniform Rule § 202.5-bb)

**You have received this Notice because**:

>     1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the
>     New York State Courts E-filing system ("NYSCEF"), and

>     2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney**:
  Give this Notice to your attorney.  (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney**:
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  **<u>If</u> you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

  The **benefits of participating in e-filing** include:

      - serving and filing your documents electronically

      - free access to view and print your e-filed documents

      - limiting your number of trips to the courthouse

      - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: <u>www.nycourts.gov/efile-unrepresented</u> or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at <u>www.nycourts.gov</u>

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 16 of 66 PageID #: 143

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys
(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: April 19, 2022

Kyle C. DiDone, Esq.

Name

1600 Liberty Building

Address

Rupp Baase Pfalzgraf Cunningham

Firm Name

Buffalo, New York 14202

716-854-3400

Phone

didone@ruppbaase.com

E-Mail

To:   Defendant

6/6/18

Index  #                    Page 2  of 2                    EFM-1

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 17 of 66 PageID #: 144

STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

Index No.: 706898/2022

M&T BANK
475 Crosspoint Parkway
Getzville, New York 14068,

                                    Plaintiff,          CONSUMER CREDIT
                                                        TRANSACTION
          vs.                                           (NON-CREDIT CARD)

BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO
95 04 97th Street, Apt. 2nd Floor
Ozone Park, New York 11416,

9309 103rd Avenue, Apt. 2
Ozone Park, New York 11417,

                                    Defendant.

## SUMMONS

**TO DEFENDANT:**

    **YOU ARE SUMMONED** to appear in this action by serving your answer to the complaint on the plaintiff's attorney within the time limits stated below.

    Queens County is designated as the county where this action will be tried, because one or more of the parties to this action resides in that county.

**TIME LIMITS TO ANSWER:**

(1)    If this summons is served by delivery to you personally within New York State, you must answer the complaint within TWENTY (20) days after such delivery.

(2)    If this summons is not served by delivery to you personally within New York State, and not served pursuant to CPLR 312-a, you must answer the complaint within THIRTY (30) days after service is complete.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 18 of 66 PageID #: 145

(3)    If this summons is served pursuant to CPLR 312-a, see accompanying STATEMENT OF SERVICE BY MAIL for time limits to answer.

**IF YOU FAIL TO ANSWER THE COMPLAINT** within the time stated, judgment will be entered against you for the relief demanded in the complaint.


Dated:        March 22, 2022
            Buffalo, New York


                       RUPP BAASE PFALZGRAF CUNNINGHAM LLC
                       Attorneys for Plaintiff
                       M&T Bank


                       By: _____
                               Kyle C. DiDone, Esq.
                       1600 Liberty Building
                       Buffalo, New York  14202
                       (716) 854-3400

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 19 of 66 PageID #: 146

STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

M&T BANK,

Index No.: 706898/2022

Plaintiff,

vs.

BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO,

Defendant.

## VERIFIED COMPLAINT

Plaintiff, M&T Bank, by its attorneys, Rupp Baase Pfalzgraf Cunningham LLC, as and for its verified complaint against the defendant alleges as follows:

1.      At all times hereinafter mentioned, plaintiff, M&T Bank ("plaintiff"), was and is a New York banking corporation with a principal place of business located at 475 Crosspoint Parkway, Getzville, New York.

2.      Upon information and belief, at all times hereinafter mentioned, defendant Blanca Luciano ("defendant") was and is an individual residing at 95 04 97th Street, Apt. 2nd Floor, Ozone Park, New York or 9309 103rd Avenue, Apt. 2, Ozone Park, New York.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 20 of 66 PageID #: 147

## FACTUAL BACKGROUND

3.      On or about August 22, 2015, defendant executed a certain Retail Instalment Contract ("Contract"), pursuant to which plaintiff agreed to lend the defendant $42,163.02, and defendant agreed to repay that amount in accordance with the terms of the Contract.  A copy of the Contract is attached as Exhibit A.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

4.      Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 3 of this complaint.

5.      Defendant has breached the terms of the Contract by, among other things, failing and/or refusing to make payments in accordance with its terms.

6.      Defendant failed to pay her February 28, 2018 monthly installment payment and all subsequent payments.

7.      There is now due and owing the principal amount of $15,201.78 from defendant to plaintiff with respect to the Contract.

8.      By reason of defendant's breach of the Contract, plaintiff has been damaged, as of March 22, 2022, in the total amount of $16,922.12, which consists of $15,201.78

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 21 of 66 PageID #: 148

principal, $1,082.42 interest, $637.92 late fees, and $0.00 miscellaneous fees, along with all

costs, disbursements, and attorneys' fees.

## SECOND CAUSE OF ACTION
### (Unjust Enrichment)

9.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1

through 8 of this complaint.

10.    By reason of the acts of the defendant, as aforesaid, and without any

wrongdoing on the part of the plaintiff, defendant has been unjustly enriched to plaintiff's

detriment.

11.    By reason of the foregoing, plaintiff has been damaged in the

principal amount of $15,201.78.

Case 1:23-cv-02233-EK-RML Document 1-6 Filed 03/22/23 Page 22 of 66 PageID #: 149

**WHEREFORE,** plaintiff M&T Bank demands judgment as follows:

(1)    On its first cause of action, as against defendant, Blanca  Luciano a/k/a Blanca I. Luciano in the total amount of $16,922.12, plus accrued interest, late charges, costs, disbursements and attorneys' fees;

(2)    On its second cause of action, as against defendant, Blanca Luciano a/k/a Blanca I. Luciano in the principal amount of $15,201.78, together with interest thereon;

(3)    The costs and disbursements of this action, together with any other or further relief as the Court may deem just and proper.

Dated:        March 22, 2022
              Buffalo, New York

RUPP BAASE PFALZGRAF CUNNINGHAM LLC
Attorneys for Plaintiff
M&T Bank

By: _____
        Kyle C. DiDone, Esq.
1600 Liberty Building
Buffalo, New York  14202
(716) 854-3400

Case 1:23-cv-02233-EK-RML Document 1-6 Filed 03/22/23 Page 23 of 66 PageID #: 150

## VERIFICATION

STATE OF NEW YORK )
         : ss.:
COUNTY OF ERIE )

_Jason Davis_ , being duly sworn, deposes and says that he/she

is a/an _Vice President_ of M&T Bank, the corporation named in the within entitled

action; that he/she has read the foregoing Summons and Verified Complaint and knows the

contents thereof; and that the same is true to his/her own knowledge, except as to those matters

therein stated to be alleged upon information and belief, and as to those matters he/she believes

them to be true.

    Deponent further says that the reason this verification is made by deponent and

not by M&T Bank is because M&T Bank is a corporation and the grounds of deponent's belief

as to all matters in the Summons and Verified Complaint not stated upon his/her own knowledge,

are investigations which deponent has caused to be made concerning the subject matter of this

Summons and Verified Complaint and information acquired by deponent in the course of his/her

duties as an officer of said corporation and from the books and papers of said corporation.

    On this 25th day of March , 2022 before me personally came

_Jason Davis_ who, being duly sworn, deposed and said that he/she is

a/an _Vice President_ of M&T Bank and that he/she has read the foregoing Verified

Complaint, that he/she knows the contents thereof and that he/she has affixed his/her name with

all requisite authority on behalf of M&T Bank.

Notary Public

ANGELA MARIE BERNINGER
NOTARY PUBLIC STATE OF NEW YORK
ERIE
LIC. #01BE6376033
COMM. EXP. 06/04/2022

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 24 of 66 PageID #: 151

# EXHIBIT A

**M&T Bank**

**RETAIL INSTALMENT CONTRACT (MOTOR VEHICLE - NY)**

SIMPLE INTEREST
Dated AUGUST 22nd, 2015 Account # ____

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 1750.00 |
|---|---|---|---|---|
| 8.59 % | $ 10721.70 | $ 42163.02 | $ 52884.72 | $ 54634.72 |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | $ 629.58 | Monthly, beginning 10/06/2015 |
| | $ N/A | |

Filing Fees: $ N/A

Security: You are giving a security interest in the Vehicle being purchased.
Late Charge: If a payment is more than 10 days late, you will be charged [5% of the] full payment amount.
Prepayment: If you pay off early, you will not have to pay a penalty.

See below and any other Contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties. e means estimate

In this Contract, the words "we", "us" and "our" refer to SELLER. STAR HYUNDAI, LLC 201-16 NORTHERN BLVD BAYSIDE NY 11361
Name / Address / Zip Code

This Contract is between Seller and Buyer. All disclosures have been made by Seller. Seller intends to assign this Contract to the Assignee.

You are the BUYER(S). BLANCA I LUCIANO 95-04 97TH ST 2FL OZONE PARK NY 11416
Name(s) / Address(es) / Zip Code(s)

If there is more than one Buyer, each promises, separately and together, to pay all sums due us and to perform all agreements in this Contract.

VEHICLE: You have agreed to purchase, under the terms of this Contract, the following motor vehicle and its extra equipment, which is called the "Vehicle" in this Contract:

| N/U/D | Year and Make | Model | Body Style | No. Cyl. | Truck Ton Capacity | Vehicle Identification No. |
|---|---|---|---|---|---|---|
| N | 2015 HYUNDA | SANTAF | SUBN | 4 | 3616 | 5XYZUOLBXGG324528 |

TRADE-IN:
If you have traded in the following vehicle: 2012 HYUNDAI SANTA FE
Year and Make / Model

If a balance is still owing on the vehicle you have traded in, the Seller will pay off this amount on your behalf. You warrant and represent to us that any trade-in is free from liens, claims, encumbrances or security interests, except as shown in the "Cash Price, Downpayment and Trade-In" section as the amount of the "Lien Payoff".

PROPERTY INSURANCE: You are required to obtain and maintain insurance on the Vehicle, endorsed to protect us as loss-payee. BUT YOU MAY CHOOSE THE AGENT OR BROKER OF YOUR CHOICE. IF YOU FINANCE THE PROPERTY INSURANCE PREMIUM, COMPLETE THE FOLLOWING:

TITLE HOLDER OF COLLATERAL: BLANCA I LUCIANO REGISTRANT: BLANCA I LUCIANO
PHYSICAL DAMAGE: Comprehensive $ 500.00 deductible, Collision $ 500.00 deductible.
INSURANCE COMPANY: 418-COUNTRY-WIDE Policy Number: RT 7003341915
Effective Date 08/22/2015 Initial Term: N/A
AGENT: Name: ____ Address: ____ Telephone Number: ____

You guarantee that the required insurance coverage as shown in the "Your Promises About Insurance" section was obtained from the agent named above. If you do not purchase insurance in this Contract, then liability insurance coverage for bodily injury and property damage is not included or provided for in this Contract.

VENDOR'S SINGLE INTEREST INSURANCE: ☒ If box is checked, we require Vendor's Single Interest Insurance. You may choose the person through whom Vendor's Single Interest Insurance is to be obtained. This insurance is for the sole protection of the Assignee and your interest is not covered. If obtained through us, the cost of such insurance is shown in the "Itemization of Amount Financed" in the box labeled "To VSI Insurance Company**".

CREDIT INSURANCE IS NOT REQUIRED: Credit Life Insurance, Credit Disability Insurance and Credit Involuntary Unemployment Insurance are not required to obtain credit and will not be provided unless you sign below and agree to pay the additional cost(s). Your insurance certificate or policy will tell you the MAXIMUM amount of insurance available. All insurance purchased will be for the term indicated.

By signing, you select Single Credit Life Insurance, which costs $ N/A What is your age? ____ Yrs.
X ____
Signature of Buyer to be insured for Single Credit Life Insurance
Insurer: ____ Term: N/A

By signing, you select Single Credit Disability Insurance, which costs $ N/A What is your age? ____ Yrs.
X ____
Signature of Buyer to be insured for Single Credit Disability Insurance
Insurer: ____ Term: N/A

By signing, you both select Joint Credit Life Insurance, which costs $ N/A What are your ages?
1. X ____ Yrs.
2. X ____ Yrs.
Signatures of both Buyers to be insured for Joint Credit Life Insurance
Insurer: ____ Term: N/A

By signing, you both select Joint Credit Disability Insurance, which costs $ N/A What are your ages? Percentage to be insured
1. X ____ N/A
2. X ____ N/A
Signatures of both Buyers to be insured for Joint Credit Disability Insurance
Insurer: ____ Term: N/A

By signing, you select Single Credit Involuntary Unemployment Insurance, which costs $ N/A What is your age? ____ Yrs.
X ____
Signature of Buyer to be insured for Single Credit Involuntary Unemployment Insurance
Insurer: ____ Term: N/A

By signing, you both select Joint Credit Involuntary Unemployment Insurance, which costs $ N/A What are your ages? Percentage to be insured
1. X ____ N/A
2. X ____ N/A
Signatures of both Buyers to be insured for Joint Credit Involuntary Unemployment Insurance
Insurer: ____ Term: N/A

**Cash Price, Downpayment and Trade-In**

| | |
|---|---|
| Cash Price (including accessories, services and taxes) | $ 38886.52 |
| Cash Downpayment | $ 1750.00 |
| Value of Trade-In | $ 21251.18 |
| Lien Payoff | $ 21251.15 |
| Lien Payoff to: | |

**Itemization of Amount Financed**

| | |
|---|---|
| Unpaid Cash Price Balance | $ 37136.52 |
| **Amounts Paid to Others on Your Behalf*** | |
| License, Tags and Registration | $ 02.00 |
| To Credit Insurance Company | $ N/A |
| To VSI Insurance Company** | $ 90.00 |
| To Property Insurance Company | $ N/A |
| To: ST OF NY/INSP FEE | $ 10.00 |
| To: ST OF NY/TIRE FEE | $ 12.50 |
| To: TERM CARE SELECT | $ 3999.00 |
| To: ____ | $ N/A |
| **Other Amounts Financed** | |
| To Seller for GAP Coverage | $ 100.00 |
| For: DOCUMENTATION FEE | $ 75.00 |
| For: MAINTENANCE | $ 650.00 |
| Amount Financed | $ 42163.02 |

* We may be retaining a portion of these amounts.

DEBT CANCELLATION COVERAGE IS NOT REQUIRED: Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the value of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is offered and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount Financed".

ASSIGNEE: We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns the Contract to a subsequent assignee, the term also refers to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the Assignee. The Assignee's name and address is:

**M&T BANK**
**Installment Loan Operations. One Fountain Plaza, P.O. Box 767**
**Buffalo, New York 14240**

CO-SIGNER: Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in this Contract. Co-Signer will not be an Owner of the Vehicle.

CO-OWNER: Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s) to perform all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

TERMS: The terms shown in the boxes above are part of this Contract.

PROMISE TO PAY: You agree to pay us the Total Sale Price for the vehicle in U.S. funds by making the Total Down Payment, and paying us the Amount Financed plus the credit service charge (called "interest") in this Contract at the Annual Percentage Rate shown above. You promise to make payments in accordance with the Payment Schedule. You promise to make payments on or before the same day of each month as the first payment due date. You agree to pay all other amounts which may become due under the terms of this Contract. You agree to make payments at the place or to send payments to the address which the Assignee most recently specifies in the written notice to you.

SECURITY AGREEMENT: To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds.

ADDITIONAL TERMS AND CONDITIONS: THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**NOTICE TO THE BUYER: 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance *on the motor vehicle provided for in this Contract from an agent or broker of your own selection.***

By signing below, we agree to sell the Vehicle to you under the terms of this Contract.

SELLER X STAR HYUNDAI, LLC [signature]
BY: ____ (SEAL) 08/22/2015
Date

**You hereby acknowledge receipt of a copy of this Contract.**
RETAIL INSTALMENT CONTRACT
BUYER X [signature] (SEAL) 08/22/2015
Date
BUYER X ____ (SEAL) ____
Date

**CO-SIGNER NOTICE**

**You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by the terms of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Instalment Contract, which contains the exact terms of your obligation, and the Co-Signer(s) Notice.**

**You have been given a completed copy of this Notice and each writing that obligates you or the Buyer on this Contract.**

X ____ Signature of Co-Signer ____ Date
X ____ Signature of Co-Signer ____ Date

CO-SIGNER: YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.
CO-SIGNER'S AGREEMENT: You, the person (or persons) signing below as "Co-Signer", promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. You intend to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, even though we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our security interest. You also acknowledge receiving a completed copy of this Contract.

X ____ (SEAL) Co-Signer's Signature ____ Address ____ Date
X ____ (SEAL) Co-Signer's Signature ____ Address ____ Date

CO-OWNER'S SECURITY AGREEMENT: You, the person signing below as "Co-Owner", together with the Buyer(s) being all of the Owners of the Vehicle, give us a security interest in the Vehicle identified above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise To Pay" section. You are giving us the security interest to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency which might be due after repossession and sale of the Vehicle.

X ____ Co-Owner's Signature ____ Address ____ Date

**ASSIGNMENT**

The Seller agrees to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee pursuant to and subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and representations set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of the Contract from the Seller, then such assignment shall be *deemed to be "without recourse", pursuant to the dealer agreement*, and made as of the date of the Contract. For purposes of this Assignment, Seller hereby appoints Assignee as its attorney-in-fact to supply any missing signature of Seller hereunder.

08/22/2015 STAR HYUNDAI, LLC
Date / Name of Seller / Signature and Title of Person signing for Seller

**No Cooling Off Period**
**State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. *After you sign above, you may only cancel this Contract for legally valid reasons.***

Form [illegible]
**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**
ORIGINAL - WHITE • BUYER'S COPY - CANARY • CO-SIGNER'S COPY - PINK • SELLER'S COPY - GOLDENROD

Interest Rate ____ %
(For Internal Use Only)

TRUE COPY- UCC NON-AUTHORITATIVE COPY

ance, which costs $ _____          | insurance, which costs $ _____   N/A    your   sign to be
                                                                                   signs?  insured
hure of Buyer to be insured for Single Credit         1. X                                N/A
ontary Unemployment Insurance                         2. X                                N/A
                                     N/A              Signatures of both Buyers to be insured for
or: _____ Term: _____                      Joint Credit Involuntary Unemployment Insurance
                                                     Insurer: _____ Term: _____   N/A

CANCELLATION COVERAGE IS NOT REQUIRED: Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the value of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" Coverage. GAP coverage is not required to obtain credit and will not be provided unless it is desired and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount Financed".

NEE: We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns this Contract to a subsequent Assignee, the term also to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the ee. The Assignee's name and address is:    M&T BANK
                                        Installment Loan Operations, One Fountain Plaza, P.O. Box 767
                                                        Buffalo, New York 14240

IGNER: Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in ntract. Co-Signer will not be an Owner of the Vehicle.

NER: Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s). s all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

: The terms shown in the boxes above are part of this Contract.

SE TO PAY: You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by the Total Down Payment, and paying us the Amount Financed plus the credit charge (called "Interest" in this Contract) at the Annual Percentage Rate shown You promise to make payments in accordance with the Payment Schedule. You to make payments on or before the same day of each month at the first payment e. You agree to pay all other amounts which may become due under the terms of tract. You agree to make payments at the place or to send payments to the which the Assignee most recently specifies in the written notice to you.

SECURITY AGREEMENT: To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds.
ADDITIONAL TERMS AND CONDITIONS: THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

*Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to ve a part of the Finance Charge.*

CE TO THE BUYER: 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a letely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you , you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some stances, obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance motor vehicle provided for in this Contract from an agent or broker of your own selection.

g below, we agree to sell the Vehicle to you under the terms of this Contract.

You hereby acknowledge receipt of a copy of this Contract.

STAR HYUNDAI, LLC

RETAIL INSTALLMENT CONTRACT

BUYER X [signature]    08/22/2015 (SEAL)  Date

                    08/22/2015   BUYER X [signature] _____ (SEAL)  Date
         (SEAL)     Date

## CO-SIGNER NOTICE

ree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for t, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of ts listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs ney's fees, or other charges that are stated in the Contract. You also have to pay some or all of these costs and charges as required by ns of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Installment Contract, which s the exact terms of your obligation, and the Co-Signer(s) Notice.

e been given a completed copy of this Notice and each writing that obligates you or the Buyer on this Contract.

                                                        X
f Co-Signer                    Date                     Signature of Co-Signer                      Date

: YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.
'S AGREEMENT: You, the person (or persons) signing below as "Co-Signer", promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer. t we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our erest. You also acknowledge receiving a completed copy of this Contract.

                                        (SEAL)
Signature                                         Address                                            Date
                                        (SEAL)
Signature                                         Address                                            Date

SECURITY AGREEMENT: You, the person signing below as "Co-Owner", together with the Buyer(s) being all the Owners of the Vehicle, give us a security interest in the ied above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise to Pay" section. You are giving us the t to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency s due after repossession and sale of the Vehicle.

nature                                            Address                                            Date

## ASSIGNMENT

es to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee t subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of the Contract from the Seller, then such assignment shall be without recourse", pursuant to the dealer agreement, and made as of the date of the Contract. For purposes of this Assignment, Seller hereby appoints Assignee as its to supply any missing signatures of Seller Agreement LLC

Name of Seller                                    Signature and Title of Person signing for Seller

## No Cooling Off Period

es not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract use you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for reasons.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.
ORIGINAL - White • BUYER'S COPY - Canary • CO-SIGNER'S COPY - Pink • SELLER'S COPY - Goldenrod

Interest Rate _____ %

TRUE COPY- UCC NON-AUTHORITATIVE COPY

| By signing, you select Single Credit Involuntary Unemployment Insurance, which costs $ ____ | What is your age? ____ Yrs. | By signing, you both select Joint Credit Involuntary Unemployment Insurance, which costs $ ____ | What are Percent- your age? | age to be insured |
|---|---|---|---|---|
| X _____ Signature of Buyer to be insured for Single Credit Involuntary Unemployment Insurance | N/A | 1. X _____ | | N/A |
| | | 2. X _____ | | N/A |
| To insure: _____ Term: ____ | N/A | Signatures of both Buyers to be insured for Joint Credit Involuntary Unemployment Insurance | | |
| | | Insurer: _____ Term: ____ | N/A | |

**BEST CANCELLATION COVERAGE IS NOT REQUIRED:** Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the value of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is offered and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount Financed".

**ASSIGNEE:** We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns the Contract to a subsequent assignee, the term also refers to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the Assignee. The Assignee's name and address is:

**M&T BANK**
**Installment Loan Operations, One Fountain Plaza, P.O. Box 767**
**Buffalo, New York 14240**

**CO-SIGNER:** Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in this Contract. Co-Signer will not be an Owner of the Vehicle.

**CO-OWNER:** Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s), to perform all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

**TERMS:** The terms shown in the boxes above are part of this Contract.

**PROMISE TO PAY:** You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by making the Total Down Payment, and paying us the Amount Financed plus the credit service charge (called "interest" in this Contract) at the Annual Percentage Rate shown above. You promise to make payments in accordance with the Payment Schedule. You promise to make payments on or before the same day of each month as the first payment due date. You agree to pay all other amounts which may become due under the terms of this Contract. You agree to make payments at the place or to send payments to the address which the Assignee most recently specifies in the written notice to you.

**SECURITY AGREEMENT:** To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds.

**ADDITIONAL TERMS AND CONDITIONS. THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO THE BUYER:** 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this Contract from an agent or broker of your own selection.

| By signing below, we agree to sell the Vehicle to you under the terms of this Contract. | You hereby acknowledge receipt of a copy of this Contract. |
|---|---|
| | RETAIL INSTALMENT CONTRACT |
| SELLER X _____ STAR HYUNDAI, LLC | BUYER X [signature] ___ (SEAL)  08/22/2015 Date |
| BY: _____ (SEAL)  08/22/2015 Date | BUYER X _____ (SEAL) ____ Date |

**CO-SIGNER NOTICE**

You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by the terms of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Instalment Contract, which contains the exact terms of your obligation, and the Co-Signer(s) Notice.

You have been given a completed copy of this Notice and each writing that obligates you or the Buyer on this Contract.

| X _____ Signature of Co-Signer | ____ Date | X _____ Signature of Co-Signer | ____ Date |
|---|---|---|---|

**CO-SIGNER: YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.**
**CO-SIGNER'S AGREEMENT:** You, the person (or persons) signing below as "Co-Signer", promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. You intend to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, even though we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our security interest. You also acknowledge receiving a completed copy of this Contract.

| X _____ Co-Signer's Signature | (SEAL) | _____ Address | ____ Date |
|---|---|---|---|
| X _____ Co-Signer's Signature | (SEAL) | _____ Address | ____ Date |

**CO-OWNER'S SECURITY AGREEMENT:** You, the person signing below as "Co-Owner", together with the Buyer(s) being all of the Owners of the Vehicle, give us a security interest in the Vehicle identified above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise To Pay" section. You are giving us this security interest to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency which might be due after repossession and sale of the Vehicle.

| X _____ Co-Owner's Signature | _____ Address | ____ Date |
|---|---|---|

**ASSIGNMENT**

The Seller agrees to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee pursuant to and subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and representations set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of the Contract from the Seller, then such assignment shall be deemed to be "without recourse", pursuant to the dealer agreement, and made as of the date of the Contract. For purposes of this Assignment, Seller hereby appoints Assignee as attorney-in-fact to supply any missing information on this Contract.

| ____ Date | _____ Name of Seller STAR HYUNDAI, LLC | _____ Signature and Title of Person signing for Seller |
|---|---|---|

**No Cooling Off Period**

State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**
CO-SIGNER - White · BUYER'S COPY · Canary · CO-SIGNER'S COPY · Pink · SELLER'S COPY · Goldenrod

TRUE COPY- UCC NON-AUTHORITATIVE COPY

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIDAVIT OF SERVICE** |
| M&T BANK | **Index No:** |
| **Defendant / Respondent:** | **706898/2022** |
| BLANCA LUCIANO A/K/A BLANCA I. LUCIANO | **Date Filed: March 30, 2022** |

STATE OF NEW YORK )
                   )SS:
COUNTY OF NASSAU   )

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in New York State. That on Mon, Jun 13 2022 AT 07:59 PM AT 99-09 103RD AVENUE APT. 2, OZONE PARK, NY 11417 deponent served the within NOTICE OF ELECTRONIC FILING (MANDATORY CASE), SUMMONS and VERIFIED COMPLAINT bearing INDEX# 706898/2022 and a date of filing of March 30, 2022 upon BLANCA LUCIANO A/K/A BLANCA I. LUCIANO defendant therein named.

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential properly addressed to said defendant at defendant's last known residence, _____, to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department, with New York State. Mailed on _____.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
| | | | |
|---|---|---|---|
| Age: 30-35 | Skin Color: Hispanic | Gender: Female | Weight: 161-200 |
| Height: 5'4" | Hair: Black | Eyes: Black | Relationship: |
| Other  Hair=Black with blonde streaks | | | |

Sworn to before me on  6-13-22

_____              _____
Monica Dopwell                       Notary Public
1240610

GINA MARIE EANNUCCI
Notary Public - State of New York
NO. 01EA5075334
Qualified in Nassau County
My Commission Expires Mar 31, 2023

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 30 of 66 PageID #: 157

# EXHIBIT C

Page 31 of 66 PageID #: 158

**Instructions: FILL IN THE NAMES OF THE PARTIES AND THE INDEX NUMBER. COMPLETE THE BLANK SPACES NEXT TO THE INSTRUCTIONS PRINTED IN BOLD TYPE. PRINT AND USE BLACK INK ONLY. SIGN YOUR NAME IN THE PRESENCE OF A NOTARY PUBLIC.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

------------------------------------------------------------x

M&T Bank,

                          Plaintiff,

     - against -

Blanca Luciano / Blanca I. Luciano
                         Defendant.

------------------------------------------------------------x

Index No. 706898 / 2022

ANSWER

**FILED**
JUN 22 2022
COUNTY CLERK
QUEENS COUNTY

As and for his/her answer to the complaint herein, the defendant _____

Blanca Luciano _____ respectfully shows and alleges as follows:

__. Admits the truth of the allegations of Paragraph(s) _____

_____ of the complaint.

✓ Denies knowledge or information sufficient to form a belief as to the truth

of the allegations of Paragraph(s) _____

_ of the complaint.

✓ Denies the allegations of Paragraph(s) _1 - 3_____

_____ of the complaint.

✓ Paragraphs 4 - 11

     Paragraphs 1 - 3

FILED: QUEENS COUNTY CLERK 06/22/2022 03:02 PM    Page 32 of 66
NYSCEF DOC. NO. 3
RECEIVED NYSCEF: 06/22/2022

AFFIRMATIVE DEFENSES

This statement is in reponse to your claim in regard the
debt mention above. please be aware that this is not a
acknowledgment or acceptance of the debt. I have not
Received any verification or any Invoice in the passed 4.

2

FILED: QUEENS COUNTY CLERK 06/22/2022 03:30 PM    Page 33 of 66 INDEX NO. 706898/2022
NYSCEF DOC. NO. 3                                 RECEIVED NYSCEF: 06/22/2022

<u>COUNTERCLAIMS</u>

Years or any debt.

The car was given back to the bank. Voluntary, the bank was notify that at that point of me returning the car I could no longer meet the terms of my loan agreement. Mt bank never send me a letter or any invoice stating that I owe any outstanding balance.

at this point I cannot afford to pay the amount of the balance they say I owe.

WHEREFORE, defendant prays that this Court dismiss the complaint of the plaintiff herein, with costs and disbursements to defendant, together with such other relief the Court finds to be just and proper.

Dated: 06/22/22

_Blanca Luciano_
Signature

Blanca Luciano
Print Name

9309 103rd Ave

Ozone Park ny 11417

718-705-2071
Defendant's Address and
Telephone Number

3

FILED: QUEENS COUNTY CLERK 08/30/2022 03:39 PM INDEX NO. 706898/2022

NYSCEF DOC. NO. 3

FILED: QUEENS COUNTY CLERK 06/22/2022 03:30 PM Page 34 of 66 INDEX NO. 706898/2022

NYSCEF DOC. NO. 3

RECEIVED NYSCEF: 08/30/2022

RECEIVED NYSCEF: 06/22/2022

<u>VERIFICATION</u>

__Bianca Luciano_____, being duly sworn, deposes and says:

I am the defendant. I have read the foregoing answer and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_Bianca Luciano_____ 06/22/22
Sign Name

_Bianca Luciano_____
Print Name

Sworn to before me this

_22nd_ day of _June_, 2022

_____
Notary Public

ANNA LISA S. ENRIQUEZ
Notary Public - State of New York
No. 04EN6405207
Qualified in Queens County
Commission Expires March 2, _2024_

4

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 35 of 66 PageID #: 162

# EXHIBIT D

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM
Page 36 of 66
NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 07/06/2022

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---------------------------------------------------------- X

| | | |
|---|---|---|
| M&T BANK | : | Index No.: 706898/2022 |
| Plaintiff, | : | |
| – against – | : | **AMENDED ANSWER** |
| BLANCA LUCIANO | : | |
| Defendant(s). | : | |

---------------------------------------------------------- X

PLEASE TAKE NOTICE that Defendant Blanca Luciano ("Ms. Luciano"), by her attorney, Matthew Schedler, Esq., Of Counsel to Elizabeth Miller, Esq., CAMBA Legal Services Inc., hereby appears in this proceeding and interposes the following Amended Answer to the Complaint:

1.  The Defendant lacks sufficient knowledge and information to admit or deny the allegations in paragraph 1 of the Complaint.

2.  The Defendant admits she is a current resident of Queens County.

3.  The Defendant denies the allegations in paragraph 3 of the Complaint.

4.  The Defendant denies the allegations in paragraph 4 of the Complaint.

5.  The Defendant admits the allegations in paragraph 5 of the Complaint.

6.  The Defendant admits the allegations in paragraph 6 of the Complaint.

7.  The Defendant denies the allegations in paragraph 7 of the Complaint.

8.  The Defendant denies the allegations in paragraph 8 of the Complaint.

9.  The Defendant denies the allegations in paragraph 9 of the Complaint.

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM    Page 37 of 66 PageID #: 164
NYSCEF DOC. NO. 6                                  RECEIVED NYSCEF: 07/06/2022

10. The Defendant denies the allegations in paragraph 10 of the Complaint.

11. The Defendant denies the allegations in paragraph 11 of the Complaint.

## FACTUAL ALLEGATIONS

### Background and the Terms of the Sale

12. On or about August 22, 2015, the Defendant ("Ms. Luciano") executed a
    Retail Installment Contract (the "Contract") to purchase a 2016 Hyundai
    Santa Fe (the "Vehicle"), from Star Hyundai, LLC ("Star Hyundai") for a
    total price of $54,634.72. The Contract attached to the Complaint is not
    legible, but to the best of our knowledge the cash price of the Vehicle was
    $38,866.52 to which a $1,750.00 down payment was credited. The total
    amount financed, which included a $3,999.00 add-on titled "Term Care
    Select," was $42,183.02. Ms. Luciano agreed to pay by making 84
    monthly payments of $629.34 beginning on October 6th, 2015.  The
    finance charge for paying over time was $10,721.70.

13. At the time the Contract was executed, Ms. Luciano traded in her 2012
    Hyundai Santa Fe ("2012 Santa Fe"). The Contract assigned a
    $21,251.15 trade-in value to the 2012 Santa Fe. Per the Contract, this
    amount was equal to the remaining balance owed for the 2012 Santa Fe.

14. Upon information and belief, the trade in value was not equal to the
    balance owed on the 2012 Santa Fe. Upon information and belief, the
    2012 Santa Fe had negative equity, meaning more was owed on the car
    than it was worth.  Upon information and belief, the car dealer, Star

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM
Page 38 of 66 PageID #: 165

Hyundai, LLC, inflated the value of trade in to make the sale more appealing to Ms. Luciano and potential finance companies. Upon information and belief, Star Hyundai, made up the lost profit by increasing the cost of the car or by including illusory add-ons.

15. Star Hyundai immediately assigned the Contract to the Plaintiff ("M&T Bank").

16. The FTC's Rule on Preservation of Consumer's Claims and Defenses ("FTC Holder Rule"), 16 C.F.R. Part 433.2, requires that every consumer contract contain a clause subjecting holders of the contract to all the claims and defenses that the consumer has against the seller. This holder in due course language states:

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

17. The contract attached as Exhibit A to the Plaintiff's complaint does not contain this language but also does not include the reverse side of the contract, where additional terms and conditions are contained. Upon information and belief, the holder rule language is on the reverse side of the contract.

18. The Contract is for a vehicle Ms. Luciano used primarily for personal, family, and household purposes, and is therefore a consumer contract.

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM Page 39 of 66 INDEX NO. 706898/2022
NYSCEF DOC. NO. 6 RECEIVED NYSCEF: 07/06/2022

16 C.F.R Part 433.1. Because M&T Bank is the current holder of Ms. Luciano's Contract, Ms. Luciano can assert any claims or defenses against M&T Bank that she could have asserted against Star Hyundai.

### Repossession and Sale of the 2016 Santa Fe

19. In 2018, Ms. Luciano's work hours were cut, leaving her unable to continue making payments on the Vehicle. In order to avoid defaulting on the Vehicle, Ms. Luciano contacted M&T Bank and informed them of her financial situation. Ms. Luciano was told to voluntarily surrender the Vehicle, which she proceeded to do. After voluntarily surrendering the Vehicle, M&T told Ms. Luciano that that she no longer owed money on the Vehicle.

20. After this exchange with M&T Bank, Ms. Luciano ceased making her monthly installment payments. Ms. Luciano defaulted on February 6th of 2018 when she missed that month's payment.

21. After voluntarily surrendering the car in 2018, the Defendant did not receive any communications regarding the Contract or the Vehicle, including any notices required under N.Y. Pers. Prop Law § 316, N.Y. Gen. Oblig. Law § 7-401, N.Y. U.C.C. § 9-611, or N.Y. U.C.C. § 9-616.

### AFFIRMATIVE DEFENSES

### First Affirmative Defense

22. The Defendant does not owe this debt.

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM    Page 40 of 66 INDEX NO. 706898/2022

NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 07/06/2022

## Second Affirmative Defense

23. Plaintiff's action is barred by the relevant statute of limitations.

## Third Affirmative Defense

24. Plaintiff fails to state a claim upon which relief can be granted.

## Fourth Affirmative Defense

25. Plaintiff lacks standing to bring this suit.

## Fifth Affirmative Defense

26. The Plaintiff did not dispose of the collateral in a commercially reasonable manner in violation of N.Y. U.C.C. § 9-610.

## Sixth Affirmative Defense

*[Deceptive Acts and Practices]*
N.Y. Gen. Bus. Law § 349

27. The facts set forth in the paragraphs above are repeated and realleged.

28. By falsely representing that the 2012 Santa Fe's trade-in value was equal to the amount still owed on its financing contract, Star Hyundai deceived the Defendant into believing that there was no negative equity on her 2012 Santa Fe. In actuality, the cost of the 2012 Santa Fe's negative equity was hidden in the Contract via the inflated cost of the 2016 Santa Fe and in illusory add-ons. This made the sale of the 2016 Santa Fe appear more appealing to the Defendant than it was.

29. Automobile sales and financing are heavily regulated on both the State and Federal levels because of a history of deceptive practices aimed at

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM    Page 41 of 66    INDEX NO. 706898/2022
NYSCEF DOC. NO. 6
RECEIVED NYSCEF: 07/06/2022

luring consumers into unaffordable loans. The Dealer, Star Hyundai, is in the business of selling automobiles to similarly situated customers. Accordingly, its use of unlawful practices has a broad impact on consumers at large.

30. Plaintiff is liable for the Dealer's conduct under the final paragraph of 16 C.F.R. § 433.2 ("the FTC Holder Rule"). This rule requires that the following language is included in all consumer contracts:

ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

31. M&T only attaches the front page of their contract to the complaint, eliminating all the terms and information included on the back of the contract. Upon information and belief, the back of the contract contains the required holder in due course language.

32. As a direct and proximate result of the Dealer's acts, omissions, misrepresentations and concealments, Defendant has suffered past, present, and future damages, including damages caused by Star Hyundai's misrepresentation of the 2012 Santa Fe's negative equity. By deceiving Ms. Luciano into believing that her trade in vehicle did not have negative equity, Star Hyundai deprived Ms. Luciano of the opportunity to make an educated choice regarding the purchase of the

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM        Page 42 of 66 INDEX NO. 706898/2022
NYSCEF DOC. NO. 6                                      RECEIVED NYSCEF: 07/06/2022

2016 Santa Fe. Had Ms. Luciano known that she had negative equity on her previous vehicle, and that the purchase price of the new Vehicle was higher because of that negative equity, she may have chosen to not purchase the new Vehicle.

### Eighth Affirmative Defense

33. Plaintiff is barred from recovery herein by the doctrine of unclean hands.

### Ninth Affirmative Defense

34. Plaintiff failed to mitigate damages.

### Tenth Affirmative Defense

35. The Defendant disputes the amount of the debt.

### Eleventh Affirmative Defense

36. Plaintiff is barred from recovery herein by the defense of unconscionability.

### Twelfth Affirmative Defense

37. Plaintiff has breached its duty of good faith and fair dealing.

### Thirteenth Affirmative Defense

38. The contract may be rescinded due to misrepresentation.

### Fourteenth Affirmative Defense

[*Failure to Issue Notice of Redemption Rights*]
N.Y. Pers. Prop. Law § 316 and N.Y. Gen. Oblig. Law § 7-401

39. The facts set forth in the paragraphs above are repeated and realleged.

FILED: QUEENS COUNTY CLERK 07/06/2022 04:59 PM       Page 43 of 66      INDEX NO. 706898/2022
NYSCEF DOC. NO. 6                                     RECEIVED NYSCEF: 07/06/2022

40. By failing to provide to Defendant a notice of redemption rights, Plaintiff

violated N.Y. Pers. Prop. Law § 316 and N.Y. Gen. Oblig. Law § 7-401.

### Fifteenth Affirmative Defense
*[Failure to Issue Notice before Disposition of Collateral]*
N.Y. U.C.C. § 9-611

41. The facts set forth in the paragraphs above are repeated and realleged.

42. By failing to provide Ms. Luciano a notice before disposition of the 2016

Santa Fe Plaintiff violated N.Y. U.C.C. § 9-611.

### Sixteenth Affirmative Defense
*[Failure to Issue Notice of Deficiency]*
N.Y. U.C.C. § 9-616

43. The facts set forth in the paragraphs above are repeated and realleged.

44. By failing to provide to Defendant a notice of deficiency, Plaintiff

violated the N.Y. U.C.C. § 9-616.


### Prayer for Relief

**WHEREFORE**, Ms. Luciano respectfully asks that this Court enter a judgment

A. Dismissing the Complaint in its entirety and with prejudice as against costs

and disbursements incurred by the Defendant incurred in this action;

B. Awarding actual and statutory damages, along with reasonable attorney's

fees and costs;

C. Awarding such other and further relief as the Court deems proper.

Dated: July 6, 2022
Brooklyn, New York

By: Matthew Schedler, Esq., Of Counsel
CAMBA Legal Services, Inc.
Elizabeth Miller, Esq., General Counsel
20 Snyder Avenue, 2nd Floor
Brooklyn, NY 11226
(718) 940·6311 ext. 79284
*Attorneys for the Defendant*

## VERIFICATION

State of New York )
              ) ss.:
County of Kings )

The undersigned, an Attorney duly admitted to practice law in the State of New York, affirms pursuant to NY CPLR 3020 (d) (3) the following statements to be true under the penalties of perjury: That I am the Attorney of record for Defendant; That I have read and know the contents of the foregoing Answer; That same is true to the knowledge of the affirmant except as to those matters therein stated to be alleged upon information and belief and as to those matters I believe to be true. The reason this verification is made by the affirmant and not the Defendant is because the Defendant does not reside in the county where I maintain an office for the practice of law.

By: Matthew Schedler, Esq., Of Counsel
Elizabeth Miller, Esq., General Director
CAMBA Legal Services, Inc.
20 Snyder Avenue
Brooklyn, NY 11226
(718) 940·6311
*Attorneys for the Defendant*

Dated: July 6, 2022
Brooklyn, New York

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 45 of 66 PageID #: 172

# EXHIBIT E

**M&T** Bank

Consumer Lending Department
Remarketing Support
P.O. Box 2187
Buffalo, New York 14240

5/3/2018 1:22:06 PM

NOTICE OF OUR PLAN TO SELL PROPERTY

BLANCA I LUCIANO
95 04 97TH ST APT 2FL
OZONE PARK, NY 11416

Retail Installment Sale Contract Account Number:                     (the "Contract")
Collateral:  2016 HYUNDAI SANTA FE S (the "Collateral")
VIN

We have your Collateral because you broke promises in our [agree]ment.  We will [sell] [th]e Collateral at private sale sometime after 5/18/2018.

The money that we get from the sale (after paying our [costs]) [w]ill reduce the amo[unt y]ou owe.  If we get less money than you owe, you will still owe us the difference.  If [we] [get] [m]ore money [than] you owe, you will get the extra money, unless we must pay it to someone else.

You can get the property back at any [time before we] sell it by pay[ing] [us] the full amount you owe (not just the past due payments) including our ex[penses.  To learn the exact] amount y[ou mus]t pay, call us at 1-800-724-8644.  You can also get it back for less.  [See Ad]ditional Informat[ion below.]

If you want us to explain [to y]ou in writing how we have [figured] the amount [that you] owe us, you may call us at 1-800-724-8644 or write [us at] M&T Bank, Attention: Remark[eting] Support, PO [Bo]x 2187, Buffalo, NY 14240 and request a written explan[ation].  If you need more information a[bout] the sale call us at 1-800-724-8644 or write us at M&T Bank, Attention: [Rem]arketing Support, PO Box 2187, B[uffalo], NY 14240.

We are sending this notic[e to th]e following other people who [may hav]e an interest in the Collateral or who owe money un[der] [your Agree]ment:

        (names of all other debt[ors or obligors, if any])

**Additional Information:**

**Getting the Vehicle Back f[or les]s**: At any time before the sale, we will allow you to get the Collateral back and reinstate your Contract by p[aying] certified funds to M&T all past due installment payments under your Contract (including all late charges), p[lus o]ur expenses.  You must mail your payment to M&T Bank, PO Box 844, Buffalo, NY 14240.  The amount yo[u mu]st pay to reinstate your Contract and get the Collateral back as of the date of this [lette]r is as follows:

| | |
|---|---|
| [PAST DUE PAY]MENTS ON YOUR ACCOUNT: | $1,348.92 |
| [PAST DUE] LATE CHARGES: | $ 354.63 |
| REPOSSESSION FEES: | $ 275.00 |
| TOTAL AMOUNT DUE: | $1,978.55 |

Right to Redeem:

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 47 of 66 PageID #: 174

You also have the right to get the Collateral back at any time before we sell it by paying us the full amount you owe (not just the past due payments) including our expenses ("redeem"). You may call us at 1-800-724-8644 or write us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240 to obtain information concerning the amount due to redeem the Collateral and to arrange to redeem the Collateral. As of the date of this notice, the amount required to redeem the Collateral is:

| | |
|---|---|
| Unpaid principal balance. | $33,074.61 |
| Accrued finance charges: | $ 131.37 |
| Unpaid late charges: | $ 354.63 |
| Repossession expenses: | $ 275.00 |
| Sale preparation expenses: | $ 200.00 |
| Storage expenses: | $ 20.00 |
| Attorney fees incurred: | $ 0.00 |
| Legal costs incurred: | $ 0.00 |
| Other amounts due (itemize and describe) | |
| Amount Required to Redeem: | $34,055 |

The longer you wait, the more you may have to pay to get the Collateral back. The amount of finance charges you owe will increase each day you pay after the date of the notice. We may also incur additional expenses for which you may be responsible including the reasonable expense of repossessing, holding, preparing for sale and selling the property and reasonable attorneys' fees and legal expenses, as permitted by law. Your right to reinstate the Contract or to redeem the Collateral by paying all that you owe continues until the Collateral is sold. If you wish to get the Collateral back, you may obtain updated information regarding the amount required or discuss you options for getting the Collateral back by calling us at 1-800-724- or writing us at M&T Bank, Attention: Remarketing Support, PO Box 2187 14240

We may report information on your Account to the bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit

As noted above, you are entitled to an accounting of the unpaid indebtedness secured by the Collateral we intend to sell. You may request an accounting by calling 1-800-724-864

If you have filed for relief under the United States Bankruptcy code, please understand that this Notice is given to you as a requirement of state law and is not an attempt to collect a debt, including any deficiency after the sale. If you have not filed relief under the United States Bankruptcy Code, then this is an attempt to collect debt and any information obtained will be used for that purpose.

If you have any questions regarding this would like to obtain information regarding the debt secured by the Collateral or the intended sale of the Collateral as described above, please contact us immediately by calling 1-800-724-8644 or by writing us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00 am – 9:00 pm, EST and Friday 8 m – 5:00 pm EST.

Sincerely,

Ms. Deborah Fick
Repossession Specialist

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 48 of 66 PageID #: 175

# EXHIBIT F

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 49 of 66 PageID #: 176

June 26, 2018

Blanca I Luciano
95 04 97th St Apt 2FL
Ozone Park NY 11416

RE:   Name:  Blanca I Luciano
      Account #:
      Collateral: 2016 Hyundai Santa Fe-S

Dear Blanca I Luciano:

Please be advised that your repossessed collateral was sold at a private auction on 6/21/2018. Here is a description of how we applied the proceeds from the sale to your account balance and calculated the deficiency of $17,709.22 (the amount you owe us) that remains after the sale:

| | |
|---|---|
| Payoff prior to Auction Date: | $33,456.22 |
| Less: Auction Proceeds: | $16,600.00 |
| Equals: Obligation after proceeds | $16,856.22 |
| Plus: Auction Expense: | $ 578.00 |
| Plus: Repossession Expense: | $ 275.00 |
| Less: Credits | $   .00 |
| Equals: Total Amount | $17,709.22 |

Future debits, credits, charges, interest and expenses, if any, may change the amount of the deficiency. Please contact me immediately to make arrangements for payment of the remaining amount due.

If you have filed for relief under the United States Bankruptcy Code, please understand that this notice is given to you for informational purposes only to provide you with an accounting of the sale, not an attempt to collect a debt or any deficiency after the sale.

However, if you have not filed for bankruptcy or you are not entitled to protection under the Bankruptcy Code, this is an attempt to collect a debt and any information obtained will be used for that purpose.

If you want additional information about this transaction, you may contact us at 1-800-724-8644 or write to us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00 am – 9:00 pm, EST and Friday 8:00 am – 5:00 pm EST.

Sincerely,

Beth MacPherson
Workout Specialist

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 50 of 66 PageID #: 177

# EXHIBIT G

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 51 of 66 PageID #: 178

June 27, 2018

Blanca I Luciano
95 04 97th St Apt 2FL
Ozone Park, NY 11416

RE: Account #

Dear Blanca I Luciano:

At M&T Bank, we understand that your financial situation may change over time. That's why we are writing to let you know that we may be able to help with our payment relief program.

To qualify for this program, you will need to provide the reason for your financial hardship, type of income source and commitment to pay the account in full. We will base your new monthly payment amount on your outstanding principal balance and, as a courtesy to you, will waive any accrued interest and late fees to date. The remaining term of your account may change as a result of the lowered monthly payment. Your interest rate may also be lowered.

| | |
|---|---|
| Current Balance: | $16,720.61 |
| Term: | 85 Months |
| Interest Rate: | 7% |
| Estimated Monthly Payment: | $246.71 |

To obtain more information or learn how to take advantage of this opportunity, please contact our office at 1-800-724-8644. Representatives are available Monday through Thursday from 8:00am-9:00pm and Friday 8:00am-5:00pm EST.

Sincerely,

M&T Bank

Beth MacPherson
Collection Representative

Case 1:23-cv-02233-EK-RML Document 1-6 Filed 03/22/23 Page 52 of 66 PageID #: 179

PLEASE NOTE:

This is not an offer for new credit or a refinance of your existing account. Except to the extent that payment terms may be modified, all other terms and conditions of the original account documents remain in full force and effect.

Nothing herein shall constitute a waiver of any rights or remedies of M&T Bank under applicable account documents or at law, all of which rights and remedies are specifically reserved. To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this correspondence is for compliance or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation. However, if you have not filed for bankruptcy, this is an attempt to collect a debt and any information obtained will be used for that purpose.



Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 53 of 66 PageID #: 180

STATE OF NEW YORK
SUPREME COURT : COUNTY OF QUEENS

_____

M&T BANK,

                              Plaintiff,                    Index No.: 706898/2022

          vs.


BLANCA LUCIANO
A/K/A BLANCA I. LUCIANO,

                              Defendant.

_____

## **AFFIDAVIT**

STATE OF NEW YORK    )
                     )        ss:
COUNTY OF ERIE       )


          CAITLIN WHALEN, being duly sworn, deposes and says:


          1.      I am an Assistant Vice President for M&T Bank, plaintiff in this matter.
As part of my job duties, I handle the loan file for the plaintiff. I have worked extensively on
this matter, and, as such, I have reviewed all of the corporate records, files, and documents
related thereto. Therefore, I am fully familiar with the facts and circumstances set forth herein,
and I make this affidavit upon personal knowledge.


          2.      I make this affidavit in support of M&T Bank's motion for summary
judgment and in opposition to defendant's motion to dismiss.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 54 of 66 PageID #: 181

3.    On or about August 22, 2015, defendant Blanca Luciano a/k/a Blanca I.

Luciano ("defendant") executed a certain retail installment contract ("Contract"), pursuant to

which plaintiff agreed to lend the defendant the amount of $42,163.02 to finance the purchase of

a 2016 Hyundai Santa Fe-S, and the defendant agreed to repay that amount in accordance with

the terms of the Contract.  A copy of the Contract is attached hereto as Exhibit A.  The Contract

is a business record executed contemporaneously at the time of the transaction.  It was prepared

within the normal course of business for M&T Bank, and it is within M&T Bank's normal

course of business of extending consumer loans to execute agreements such as the Contract at or

near the time of the transaction.

4.    The Contract served to finance defendant's acquisition of a 2016 Hyundai

Santa Fe-S (the "Collateral").  Pursuant to the terms of the Contract, M&T Bank held a valid

security interest in the Collateral.

5.    Defendant breached the terms of the Contract by, among other things,

failing and/or refusing to make payments in accordance with its terms.  Defendant defaulted on

the February 2018 payment and all subsequent payments.

6.    Based on defendant's default, M&T Bank initiated the repossession of the

Collateral.

7.    On or about May 3, 2018, plaintiff sent defendant a "notice of our plan to

sell property."  The notice informed defendant she breached the contract, that plaintiff intends to

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 55 of 66 PageID #: 182

sell the collateral, and that defendant will be responsible for any deficiency. The notice further informed defendant of her right to redeem the Collateral and the amounts due and owing to bring her account current and cure the default. A copy of the notice of our plan to sell property is attached as Exhibit B.

8. The notice clearly states that "The money that we get from the sale (after paying our costs) will reduce the amount you owe. If we get less money than you owe, you will still owe us the difference. If we get more money that you owe, you will get the extra money, unless we must pay it to someone else." *See* Exhibit B.

9. Defendant did not cure her default in response to the notice of our plan to sell property. Defendant also did not object to the terms of the notice of repossession and sale.

10. Accordingly, M&T Bank proceeded to sell the Collateral. On or about June 21, 2018, the Collateral was sold at a private auction for $16,600.00.

11. On June 26, 2018, M&T Bank sent defendant a letter advising her of the sale and providing her with an accounting of the auction proceeds, the auction and repossession expenses, and the remaining deficiency balance owed to M&T Bank. A copy of M&T Bank's June 26, 2018 letter informing defendant of the sale and application of the proceeds is attached as Exhibit C.

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 56 of 66 PageID #: 183

12.     Based on my experience in the sale and repossession of similar vehicles, M&T Bank conducted itself in a commercially reasonably manner.  Disposal of the Collateral by private auction is commercially reasonable and a standard practice among dealers of similar collateral.

13.     Additionally, M&T Bank provided defendant with the proper notices, incurred reasonable expenses to repossess and dispose of the Collateral, and applied the proceeds of the sale accordingly.  The repossession and auction expenses incurred in connection with the repossession and sale of the Collateral are consistent with expenses incurred in similar repossession sales that I have worked on in the past for M&T Bank.

14.     Taking into account the proceeds generated by the sale of the Collateral, defendant continues to owe the principal amount of $15,201.78 in principal, plus all accrued interest, costs, and attorneys' fees.  Defendant has failed and/or refused to pay this deficiency balance due and owing.

15.     Based on defendant's failure to pay the remaining balance due and owing, M&T Bank elected to commence this action.

16.     By reason of defendant's breach of the Contract, M&T Bank has been damaged in the principal amount of $15,201.78, plus accrued interest, which as of March 22, 2022 totals $1,082.42, late charges in the amount of $637.92, costs, disbursements, and attorneys' fees.

Case 1:23-cv-02233-EK-RML Document 1-6 Filed 03/22/23 Page 57 of 66 PageID #: 184

**WHEREFORE**, M&T Bank respectfully requests that this Court grant it judgment against defendant Blanca Luciano a/k/a Blanca I. Luciano in the principal amount of $15,201.78, plus accrued interest, late charges, costs, and attorneys' fees, together with such other and further relief that this Court deems just and proper.

*Caitlin E. Whalen*
Caitlin E. Whalen
Assistant Vice
President

Sworn to before me this
29th day of August, 2022.

Notary Public

ANGELA M. BERNINGER
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01BE6376033
COMM. EXP. 06/04/2026

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 58 of 66 PageID #: 185

# EXHIBIT A

FILED: QUEENS COUNTY CLERK 03/30/2022 03:49 PM INDEX NO. 706898/2022
NYSCEF DOC. NO. 2 RECEIVED NYSCEF: 03/30/2022

**M&T Bank** RETAIL INSTALMENT CONTRACT (MOTOR VEHICLE - NY)

[illegible] 2018 Account # ______

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all scheduled payments. | The total cost of your purchase on credit, including your downpayment of $ 1730.00 |
| [illegible] % | $ 10721.70 | $ 42183.02 | $ 52904.72 | $ 54634.72 |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | $ 629.82 | Monthly, beginning [illegible]/2018 |
| | $ N/A | |

Filing Fees $ ______ N/A

Security: You are giving a security interest in the Vehicle being purchased. Late Charge: If a payment is more than 10 days late, you will be charged [illegible]. Prepayment: If you pay off early, you will not have to pay a penalty.

See below and any other Contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

This Contract is between Seller and Buyer. [illegible]

SELLER: STAR HYUNDAI, LLC [illegible] NORTHERN BLVD BAYSIDE NY 11361

BUYER(S): BLANCA I LUCIANO [illegible] 97TH ST 2FL OZONE PARK NY 11416

If there is more than one Buyer, each promises, separately and together, to pay all sums due and to perform all agreements in this Contract.

VEHICLE: You have agreed to purchase, under the terms of this Contract, the following motor vehicle and its other equipment, which is called "Vehicle" in this Contract.

New/Used: N; Year and Make: 2018 HYUNDA; Model: SANTAF; Body Style: SUBN; No. Cyl.: 4; [illegible]: 3518; Vehicle Identification No.: [illegible]

TRADE-IN: 2016 HYUNDAI SANTA FE

| Cash Price, Downpayment and Trade-in | |
|---|---|
| Cash Price | $ [illegible] |
| Cash Downpayment | $ 1730.00 |
| Value of Trade-in | $ 21251.18 |
| Lien Payoff | $ 21251.18 |
| Lien Payoff to | [illegible] |

| Itemization of Amount Financed | |
|---|---|
| Unpaid Cash Price Balance | $ 37180.82 |
| Amounts Paid to Others on Your Behalf | |
| License, Tags and Registration | $ [illegible] |
| To Credit Insurance Company | $ N/A |
| To Vsi Insurance Company | $ [illegible] |
| To Property Insurance Company | $ N/A |
| To: ST OF NY/TIRE FEE | $ [illegible] |
| To: ST OF NY/TIRE FEE | $ [illegible] |
| To: [illegible] CARE SELECT | $ [illegible] |
| To: | $ N/A |
| Other Amounts Financed | |
| To Seller for GAP Coverage | $ [illegible] |
| For: DOCUMENTATION FEE | $ [illegible] |
| For: [illegible] | $ [illegible] |
| Amount Financed | $ 42183.82 |

PROPERTY INSURANCE: You are required to obtain and maintain insurance on the Vehicle, endorsed to protect us as loss-payee. BUT YOU MAY CHOOSE THE AGENT OR BROKER OF YOUR CHOICE. IF YOU FINANCE THE PROPERTY INSURANCE PREMIUM, COMPLETE THE FOLLOWING:

TITLE HOLDER OF COLLATERAL: BLANCA I LUCIANO REGISTRANT: BLANCA I LUCIANO

INSURANCE COMPANY: ALL-COUNTRY-WIDE Policy Number: [illegible]

[illegible]

CREDIT INSURANCE IS NOT REQUIRED: [illegible]

By signing, you select Single Credit Life Insurance ... N/A; By signing, you select Single Credit Disability Insurance ... N/A; By signing, you both select Joint Credit Life Insurance ... N/A; By signing, you both select Joint Credit Disability Insurance ... N/A; By signing, you select Single Credit Involuntary Unemployment Insurance ... N/A; By signing, you both select Joint Involuntary Unemployment Insurance ... N/A

GAP CANCELLATION COVERAGE IS NOT REQUIRED: [illegible]

ASSIGNMENT: [illegible] M&T BANK Installment Loan Operations, One Fountain Plaza, P.O. Box 767 Buffalo, New York 14240

CO-SIGNER: [illegible]

CO-OWNER: Any person signing the Co-Owner's Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s) to perform all agreements in the Security Agreement and all other parts of the Contract except the "Promise to Pay" section.

TERMS: The terms shown in the boxes above are part of this Contract.

PROMISE TO PAY: You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by making the Total Down Payment, and paying us the Amount Financed plus the credit service charge (called "interest") in this Contract at the Annual Percentage Rate shown above. You promise to make payments in accordance with the Payment Schedule. [illegible]

SECURITY AGREEMENT: To secure the payment of all sums due and the performance of all required obligations under this Contract, you give us a security interest in the Vehicle, in all parts (called "Accessions") attached to the Vehicle at any time, and in any proceeds of the Vehicle, including insurance proceeds.

ADDITIONAL TERMS AND CONDITIONS: THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**NOTICE TO THE BUYER: 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance *on the motor vehicle provided for in this Contract from an agent or broker of your own selection.***

By signing below, we agree to sell the Vehicle to you under the terms of this Contract.

SELLER: STAR HYUNDAI, LLC BY: [signature] (SEAL) [illegible]/2018 Date

You hereby acknowledge receipt of a copy of this Contract. RETAIL INSTALMENT CONTRACT

BUYER X [signature] (SEAL) [illegible]/2018 Date

BUYER X ______ (SEAL) Date

**CO-SIGNER NOTICE**

You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by the terms of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Instalment Contract, which contains the exact terms of your obligation, and the Co-Signer(s) Notice.

You have been given a completed copy of this Notice and each writing that obligates you on the Buyer on this Contract.

Signature of Co-Signer ______ Date ______ Signature of Co-Signer ______ Date ______

CO-SIGNER: YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT. [illegible]

Co-Signer's Signature ______ (SEAL) Address ______ Date ______

Co-Signer's Signature ______ (SEAL) Address ______ Date ______

CO-OWNER'S SECURITY AGREEMENT: [illegible]

Co-Owner's Signature ______ Address ______ Date ______

**ASSIGNMENT**

[illegible]

Date ______ Name of Seller ______ Signature and Title of Person Signing for Seller ______

**No Cooling Off Period**

**State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Interest Rate ____ % (For Internal Use Only)

TRUE COPY- UCC NON-AUTHORITATIVE COPY

... amo, which costs $ ........ N/A
... Insurance, which costs $ ........ N/A
... ture of Buyer to be Insured for Single Credit
... itary Unemployment Insurance ..... Term: N/A

1. X ...... N/A
2. X ...... N/A
Signatures of both Buyers to be insured for
Joint Credit Involuntary Unemployment Insurance
Insurer: ...... Term: N/A

CANCELLATION COVERAGE IS NOT REQUIRED: Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the ... of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is ... and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount ...

...EE: We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns this Contract to a subsequent assignee, the term also ... to each subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the ... The Assignee's name and address is: **MAT BANK**
Installment Loan Operations, One Fountain Plaza, P.O. Box 767
Buffalo, New York 14240

...SIGNER: Any person signing the Co-Signer's Agreement below promises repeatedly and together with any Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in ... ontract. Co-Signer will not be an Owner of the Vehicle.

...WER: Any person signing the Security Agreement below gives us a security interest in the Vehicle and agrees separately and together with any Co-Owner(s) and Buyer(s), ... ares all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.
... : The terms shown in the boxes above are part of this Contract.

...SE TO PAY: You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by
... the Total Down Payment, and paying us the Amount Financed plus the credit
... charge (called "Interest" in this Contract) at the Annual Percentage Rate shown
... You promise to make payments in accordance with the Payment Schedule. You
... to make payments on or before the dates day of each month as the first payment.
... You agree to pay all other amounts which they become due under the terms of ...
... ract. You agree to make payments at the place or to send payments to the
... which the Assignee most recently specifies in the written notice to you.

SECURITY AGREEMENT: To secure the payment of all sums due and the performance of ... all required obligations under this Contract, you give us a security interest in the Vehicle, ... in all parts (called "Accessions") attached to the Vehicle at any later time, and in any ... proceeds of the Vehicle, including insurance proceeds.
ADDITIONAL TERMS AND CONDITIONS: THIS CONTRACT CONTINUES ON THE REVERSE ... SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON ... THE FRONT AND REVERSE SIDES.

...Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to ... as a part of the Finance Charge.

...CE TO THE BUYER: 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a ... pletely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you ... , you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some ... stances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance ... motor vehicle provided for in this Contract from an agent or broker of your own selection.

... below, we agree to sell the Vehicle to you under the terms of this Contract.

You hereby acknowledge receipt of a copy of this Contract
RETAIL INSTALLMENT CONTRACT

STAR HYUNDAI, LLC

... 08/22/2015                     BUYER X ............... (SEAL)  08/22/2015
                                                              Date
                                 BUYER X ............... (SEAL)
                                                              Date

## CO-SIGNER NOTICE

...ee to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for ...t, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of ...ts listed above may not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs ...ney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by ...ns of the Contract. This notice is not the writing that obligates you to pay the debt. You have read this Retail Installment Contract, which ... the exact terms of your obligation, and the Co-Signer(s) Notice.

... have been a completed copy of this Notice and each writing that obligates you to the Buyer on this Contract.

X _____  Date _____   X _____  Date _____
of Co-Signer                        Signature of Co-Signer

...: YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT.
...'S AGREEMENT: You, the person for provided signing below as "Co-Signer", promise to pay to us all sums due on this Contract and to perform all agreements in this Contract. ...to be legally bound you all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer ... we will use the proceeds only for the Buyer's benefit. You agree to pay even though you may not have made any prior demand for payment on the Buyer or exercised our ... emal. You also acknowledge receiving a completed copy of this Contract.

_____ (SEAL)     Address _____  Date _____
Signature
_____ (SEAL)     Address _____  Date _____
Signature

SECURITY AGREEMENT: You, the person signing below as "Co-Owner", together with the Buyer(s) being all the Owners of the Vehicle, give us a security interest in the ... ed above, You agree to be bound by the terms of the Security Agreement and other parts of this Contract except the "Promise to Pay" section. You are giving us ... rt to induce us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency ... e due after repossession and sale of the Vehicle.

_____           Address _____  Date _____
Signature

## ASSIGNMENT
... to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (s) assigns this Contract to the Assignee ... subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and ... set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of the Contract from the Seller, then such assignment shall be ... without recourse," pursuant to the dealer agreement, and made as of the date of this Contract. For purposes of this Assignment, Seller hereby appoints Assignee as its ... opoly any missing information from Assignee's records.
                                      STAR HYUNDAI, LLC
Name of Seller                        Signature and Title of Person Signing for Seller

## No Cooling Off Period
... ies not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract ... use you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for ... reasons.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
ORIGINAL - YELLOW = BUYER'S COPY - CANARY = CO-SIGNER'S COPY - Pink = SELLER'S COPY - GLITTERED        Interest Rate ___ %

TRUE COPY- UCC NON-AUTHORITATIVE COPY

FILED: QUEENS COUNTY CLERK 08/30/2022 03:39 PM INDEX NO. 706898/2022
NYSCEF DOC. NO. 2                                           RECEIVED NYSCEF: 03/30/2022
Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 61 of 66 PageID #: 188
FILED: QUEENS COUNTY CLERK 03/30/2022 03:49 PM INDEX NO. 706899/2022
NYSCEF DOC. NO. 2                                           RECEIVED NYSCEF: 03/30/2022

By signing, you elect Single Credit Involuntary Unemployment Insurance, which costs $ __N/A__   What is your age? ___ Yrs.

Signature of Buyer to be Insured for Single Credit Involuntary Unemployment Insurance

Insured: _____   N/A   Term: ___

By signing, you both elect Joint Credit Involuntary Unemployment insurance, which costs $ __N/A__   What are your ages? ___ ___ Yrs.

1. X _____
2. X _____

Signatures of both Buyers to be Insured for Joint Credit Involuntary Unemployment Insurance

Insurer: _____   N/A   Term: ___

**DEBT CANCELLATION COVERAGE IS NOT REQUIRED:** Debt Cancellation Coverage provides for the cancellation of your liability for amounts you owe under this Contract in excess of the value of the Vehicle in the event of a total loss of the Vehicle. This is sometimes called "GAP" coverage. GAP coverage is not required to obtain credit and will not be provided unless it is offered and you sign a separate GAP Notice requesting GAP coverage, which means you want GAP coverage and agree to pay the additional cost disclosed in the "Itemization of Amount Financed".

**ASSIGNEE:** We intend to assign this Contract and Security Agreement to the Assignee named in this provision. If the Assignee assigns this Contract to a subsequent assignee, the term also refers to such subsequent assignee. After the assignment, all rights and benefits of the Seller in this Contract and in the Security Agreement shall belong to and be enforceable by the Assignee. The Assignee's name and address is:

**M&T BANK**

Installment Loan Operations, One Fountain Plaza, P.O. Box 767
Buffalo, New York 14240

**CO-SIGNER:** Any person signing the Co-Signer's Agreement below promises separately and together with all Co-Signer(s) and Buyer(s), to pay all sums due and to perform all agreements in this Contract. Co-Signer will not be an Owner of the Vehicle.

**CO-OWNER:** Any person signing the Co-Owner's Security Agreement below gives us a Security Interest in the Vehicle and agrees separately and together with all Co-Owner(s) and Buyer(s), to perform all agreements in the Security Agreement and all other parts of this Contract except the "Promise to Pay" section.

**TERMS:** The terms shown in the boxes above are part of this Contract.

**PROMISE TO PAY:** You agree to pay us the Total Sale Price for the Vehicle in U.S. funds by making the Total Down Payment, and paying us the Amount Financed plus the credit service charge (called "Interest" in this Contract) at the Annual Percentage Rate shown above. Your promise to make payments in accordance with the Payment Schedule. You promise to make payments on or before the same day of each month so the first payment due date. You agree to pay all other amounts which may become due under the terms of this Contract. You agree to make payments at the place or to send payments to the address which the Assignee most recently specifies in the written notice to you.

**SECURITY AGREEMENT:** To secure the payment of all sums due and the performance of all obligations under this Contract, you give us a security interest in the Vehicle. In all parts (called "Accessions") attached to the Vehicle at any later time, and in any proceeds of the Vehicle, including insurance proceeds.

**ADDITIONAL TERMS AND CONDITIONS:** THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE FRONT AND REVERSE SIDES.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO THE BUYER:** 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this Contract from an agent or broker of your own selection.

By signing below, you agree to sell the Vehicle to you under the terms of this Contract.

You hereby acknowledge receipt of a copy of this Contract.

RETAIL INSTALLMENT CONTRACT

STAR HYUNDAI, LLC

SELLER X _____   08/22/2016

BUYER X _____   08/22/2016

By: _____ (SEAL)   Date

BUYER X _____ (SEAL)   Date

X _____

## CO-SIGNER NOTICE

You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment, although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by the terms of the Contract. This notice is not the writing that obligates you to pay the debt. You have read the Retail Installment Contract, which contains the exact terms of your obligation, and the Co-Signer(s) Notice.

You have been given a completed copy of this Notice and each writing that obligates you or the Buyer in this Contract.

X _____   X _____
Signature of Co-Signer    Date    Signature of Co-Signer    Date

**CO-SIGNER:** YOU SHOULD READ THE NOTICE TO CO-SIGNER ABOVE, BEFORE SIGNING THE CO-SIGNER'S AGREEMENT. Yes, the person (or persons) signing below as "Co-Signer", promises to pay to us all sums due on this Contract and to perform all agreements in the Contract. Your intent to be legally bound by all the terms of this Contract, separately and together, with the Buyer. You are making this promise to induce us to make this Contract with the Buyer, even though we will use the proceeds only for the Buyer's benefit. You agree to pay even though we may not have made any prior demand for payment on the Buyer or exercised our security interest. You also acknowledge receiving a completed copy of this Contract.

X _____ (SEAL)   Address _____   Date _____
Co-Signer's Signature

X _____ (SEAL)   Address _____   Date _____
Co-Signer's Signature

**CO-OWNER'S SECURITY AGREEMENT:** Yes, the person signing below as "Co-Owner", together with the Buyer(s) being all of the Owners of the Vehicle, give us a security interest in the Vehicle described above. You agree to be bound by the terms of the Security Agreement and all other parts of this Contract except the "Promise to Pay" section. You are giving us a security interest to include us to make this Contract with the Buyer, and to secure the payment by the Buyer of all sums due on this Contract. You will not be responsible for any deficiency which might be due after repossession and sale of the Vehicle.

X _____   Date _____
Co-Owner's Signature

## ASSIGNMENT

The Seller agrees to be bound by all provisions of this Contract. Also, for value received and intending to be legally bound hereby, the Seller (a) assigns this Contract to the Assignee pursuant to and subject to all terms and conditions of the dealer agreement currently in effect between Seller and Assignee and (b) makes, with respect to this Contract, all warranties and representations set forth in such dealer agreement. Whether or not Seller signs this Assignment, if Assignee takes assignment of this Contract from the Seller, then such assignment shall be deemed to be "without recourse", pursuant to the dealer agreement, and made as of the date of the Contract. For purposes of this Assignment, Seller hereby appoints Assignee as _____ LLC

Date _____   Name of Seller _____   Signature and Title of Person signing for Seller

## No Cooling Off Period

State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.

*NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.*

TRUE COPY- UCC NON-AUTHORITATIVE COPY

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 62 of 66 PageID #: 189

# EXHIBIT B

**M&T** Bank

Consumer Lending Department
Remarketing Support
P.O. Box 2187
Buffalo, New York 14240

5/3/2018 1:22:06 PM

NOTICE OF OUR PLAN TO SELL PROPERTY

BLANCA I LUCIANO
95 04 97TH ST APT 2FL
OZONE PARK, NY 11416

Retail Installment Sale Contract Account Number: . . . . . (the "Contract")
Collateral: 2016 HYUNDAI SANTA FE S (the "Collateral")
VIN:

We have your Collateral because you broke promises in ou~ ~ment. We wil~ ~e Collateral at private sale sometime after 5/18/2018.

The money that we get from the sale (after paying our ~ ~ill reduce the am~~ou owe. If we get less money than you owe, you will still owe us the difference. If ~~~ore mone~~ou owe, you will get the extra money, unless we must pay it to someone else.

You can get the property back at an~~~ ~sell it by pa~~ ~e full amount you owe (not just the past due payments) including our e~~~~st amount y~~t pay, call us at 1-800-724-8644. You can also get it back for less, ~~ ~ditional Informa~~~.

If you want us to explain ~ ~ou in writing how we have f~~ ~the amount ~~ owe us, you may call us at 1-800-724-8644 or write ~ ~M&T Bank, Attention: Remark~~ ~Support, PO ~ ~x 2187, Buffalo, NY 14240 and request a written explan~~. If you need more information ~~ ~the sale call us at 1-800-724-8644 or write us at M&T Bank, Attention: I~~rketing Support, PO Box 2187, B~~l NY 14240.

We are sending this notic~ ~ ~ ~following other people who~ ~ ~e an interest in the Collateral or who owe money u~~~ ~ment:

(names of all other debt~ ~~~~

**Additional Information:**

Getting the Vehicle Back f~ ~ ~s: At any time before the sale, we will allow you to get the Collateral back and reinstate your Contract by p~~ ~certified funds to M&T all past due installment payments under your Contract (including all late charges), ~~ ~ur expenses. You must mail your payment to M&T Bank, PO Box 844, Buffalo, ~~Y 14240. The amount y~~st pay to reinstate your Contract and get the Collateral back as of the date of this ~~r is as follows:

|  |  |
|---|---|
| ~MENTS ON YOUR ACCOUNT: | $1,348.92 |
| ~ ~LATE CHARGES: | $ 354.63 |
| REPOSSESSION FEES: | $ 275.00 |
| TOTAL AMOUNT DUE: | $1,978.55 |

Right to Redeem:

COPY

You also have the right to get the Collateral back at any time before we sell it by paying us the full amount you owe (not just the past due payments) including our expenses ("redeem"). You may call us at 1-800-724-8644 or write us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240 to obtain information concerning the amount due to redeem the Collateral and to arrange to redeem the Collateral. As of the date of this notice, the amount required to redeem the Collateral is:

| | |
|---|---|
| Unpaid principal balance. | $33,074.61 |
| Accrued finance charges: | $ 131.37 |
| Unpaid late charges: | $ 354.63 |
| Repossession expenses: | $ 275.00 |
| Sale preparation expenses: | $ 200.00 |
| Storage expenses: | $ 20.00 |
| Attorney fees incurred: | $ 0.00 |
| Legal costs incurred: | $ 0.00 |
| Other amounts due (itemize and describe) | |
| | |
| Amount Required to Redeem: | $34,055. |

The longer you wait, the more you may have to pay to get the collateral back. The amount of finance charges you owe will increase each day you pay after the date of the notice. We may also incur additional expenses for which you may be responsible including the reasonable expenses of repossessing, holding, preparing for sale and selling the property and reasonable attorneys' fees and legal expenses, as permitted by law. Your right to reinstate the Contract or to redeem the Collateral by paying all that you owe continues until the Collateral is sold. If you wish to get the Collateral back, you may obtain updated information regarding the amount required or discuss you options for getting the Collateral back by calling us at 1-800-724-8644 or by writing us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240.

We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.

As noted above, you are entitled to an accounting of the unpaid indebtedness secured by the Collateral we intend to sell. You may request an accounting by calling 1-800-724-8644.

If you have filed for relief under the United States Bankruptcy Code, please understand that this Notice is given to you as a requirement of State law and is not an attempt to collect a debt, including any deficiency after the sale. If you have not filed for relief under the United States Bankruptcy Code, then this is an attempt to collect a debt and any information obtained will be used for that purpose.

If you have any questions regarding this Notice, or would like to obtain information regarding the debt secured by the Collateral or the intended sale of the Collateral as described above, please contact us immediately by calling 1-800-724-8644 or by writing to us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00 am – 9:00 pm, EST and Friday 8:00 am – 5:00 pm EST.

Sincerely,

Ms. Deborah Peck
Repossession Specialist

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 65 of 66 PageID #: 192

# EXHIBIT C

Case 1:23-cv-02233-EK-RML   Document 1-6   Filed 03/22/23   Page 66 of 66 PageID #: 193

June 26, 2018

Blanca I Luciano
95 04 97th St Apt 2FL
Ozone Park NY 11416

RE:    Name:  Blanca I Luciano
       Account #:            . . . .
       Collateral: 2016 Hyundai Santa Fe-S

Dear Blanca I Luciano:

Please be advised that your repossessed collateral was sold at a private auction on 6/21/2018. Here is a description of how we applied the proceeds from the account balance and calculated the deficiency of $17,709.22 (the amount you owe us) that remains after the sale:

| | |
|---|---|
| Payoff prior to Auction Date: | $33,456.22 |
| Less: Auction Proceeds: | $16,600.00 |
| Equals: Obligation after proceeds | $16,856.22 |
| Plus: Auction Expense: | $ 578.00 |
| Plus: Repossession Expense: | $ 275.00 |
| Less: Credits | $ .00 |
| Equals: Total Amount | $17,709.22 |

Future debits, credits, charges, interest and expenses, if any, may change the amount of the deficiency. Please contact me immediately to make arrangements for payment of the remaining amount due.

If you have filed for relief under the United States Bankruptcy Code, please understand that this notice is given to you for informational purposes only to provide you with an accounting of the account and is not an attempt to collect a debt or any deficiency after the sale.

However, if you have not filed for relief and you are not entitled to protection under the Bankruptcy Code, this is an attempt to collect a debt and any information obtained will be used for that purpose.

If you want additional information about this transaction, you may contact us at 1-800-724-8644 or write to us at M&T Bank, Attention: Remarketing Support, PO Box 2187, Buffalo, NY 14240. The office hours associated with our phone number 1-800-724-8644 are Monday through Thursday 8:00 am – 9:00 pm, EST and Friday 8:00 am – 5:00 pm EST.

Sincerely,

Beth MacPherson
Workout Specialist