Case 1:23-cv-02233-EK-RML Document 1-8 Filed 03/22/23 Page 1 of 10 PageID #: 199

STATE OF NEW YORK
SUPREME COURT : COUNTY OF SUFFOLK

Index No.:

**M&T BANK**
475 Crosspoint Parkway
Getzville, New York 14068,

Plaintiff,                    CONSUMER CREDIT
                             TRANSACTION
vs.                          (NON-CREDIT CARD)

MOISES GOMEZ-GRANILLO
1652 Spur Drive N
Central Islip, New York 11722,

Defendant.

## SUMMONS

**TO DEFENDANT:**

**YOU ARE SUMMONED** to appear in this action by serving your answer to the complaint on the plaintiff's attorney within the time limits stated below.

Suffolk County is designated as the county where this action will be tried, because one or more of the parties to this action resides in that county.

**TIME LIMITS TO ANSWER:**

(1)     If this summons is served by delivery to you personally within New York State, you must answer the complaint within TWENTY (20) days after such delivery.

(2)     If this summons is not served by delivery to you personally within New York State, and not served pursuant to CPLR 312-a, you must answer the complaint within THIRTY (30) days after service is complete.

(3)     If this summons is served pursuant to CPLR 312-a, see accompanying STATEMENT OF SERVICE BY MAIL for time limits to answer.

Case 1:23-cv-02233-EK-RML   Document 1-8   Filed 03/22/23   Page 2 of 10 PageID #: 200

**IF YOU FAIL TO ANSWER THE COMPLAINT** within the time stated, judgment will be entered against you for the relief demanded in the complaint.

Dated:          March 22, 2022
                Buffalo, New York


                                        **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
                                        Attorneys for Plaintiff
                                        M&T Bank


                                        By: _____
                                                 Kyle C. DiDone, Esq.
                                        1600 Liberty Building
                                        Buffalo, New York  14202
                                        (716) 854-3400

Case 1:23-cv-02233-EK-RML   Document 1-8   Filed 03/22/23   Page 3 of 10 PageID #: 201

STATE OF NEW YORK
SUPREME COURT : COUNTY OF SUFFOLK

_____

Index No.:

M&T BANK,

                                Plaintiff,

      vs.

MOISES GOMEZ-GRANILLO

                                Defendant.

_____

## **VERIFIED COMPLAINT**

      Plaintiff, M&T Bank, by its attorneys, Rupp Baase Pfalzgraf Cunningham LLC, as and for its verified complaint against the defendant alleges as follows:


      1.      At all times hereinafter mentioned, plaintiff, M&T Bank ("plaintiff"), was and is a New York banking corporation with a principal place of business located at 475 Crosspoint Parkway, Getzville, New York.


      2.      Upon information and belief, at all times hereinafter mentioned, defendant Moises Gomez-Granillo ("defendant") was and is an individual residing at 1652 Spur Drive N, Central Islip, New York.

Case 1:23-cv-02233-EK-RML   Document 1-8   Filed 03/22/23   Page 4 of 10 PageID #: 202

## FACTUAL BACKGROUND

3.     On or about August 17, 2015, defendant executed a certain Retail Instalment Contract ("Contract"), pursuant to which plaintiff agreed to lend the defendant $60,459.02, and defendant agreed to repay that amount in accordance with the terms of the Contract.  A copy of the Contract is attached as Exhibit A.

## FIRST CAUSE OF ACTION
### (Breach of Contract)

4.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 3 of this complaint.

5.     Defendant has breached the terms of the Contract by, among other things, failing and/or refusing to make payments in accordance with its terms.

6.     Defendant failed to pay his November 16, 2016 monthly installment payment and all subsequent payments.

7.     There is now due and owing the principal amount of $14,976.81 from defendant to plaintiff with respect to the Contract.

8.     By reason of defendant's breach of the Contract, plaintiff has been damaged, as of March 22, 2022, in the total amount of $20,653.64, which consists of $14,976.81

principal, $4,082.60 interest, $1,594.23 late fees, and $0.00 miscellaneous fees, along with all costs, disbursements, and attorneys' fees.

### SECOND CAUSE OF ACTION
#### (Unjust Enrichment)

9.    Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 8 of this complaint.

10.    By reason of the acts of the defendant, as aforesaid, and without any wrongdoing on the part of the plaintiff, defendant has been unjustly enriched to plaintiff's detriment.

11.    By reason of the foregoing, plaintiff has been damaged in the principal amount of $14,976.81.

Case 1:23-cv-02233-EK-RML   Document 1-8   Filed 03/22/23   Page 6 of 10 PageID #: 204

**WHEREFORE,** plaintiff M&T Bank demands judgment as follows:

(1)     On its first cause of action, as against defendant, Moises Gomez-Granillo in the total amount of $20,653.64, plus accrued interest, late charges, costs, disbursements and attorneys' fees;

(2)     On its second cause of action, as against defendant, Moises Gomez-Granillo in the principal amount of $14,976.81, together with interest thereon;

(3)     The costs and disbursements of this action, together with any other or further relief as the Court may deem just and proper.

Dated:     March 22, 2022
           Buffalo, New York


                              RUPP BAASE PFALZGRAF CUNNINGHAM LLC
                              Attorneys for Plaintiff
                              M&T Bank


                              By: _____
                                      Kyle C. DiDone, Esq.
                              1600 Liberty Building
                              Buffalo, New York 14202
                              (716) 854-3400

## VERIFICATION

STATE OF NEW YORK   )
                                     : ss.:
COUNTY OF ERIE         )

                  _____ Caitlin E. Whalen _____, being duly sworn, deposes and says that he/she is a/an __Assistant Vice President__ of M&T Bank, the corporation named in the within entitled action; that he/she has read the foregoing Summons and Verified Complaint and knows the contents thereof; and that the same is true to his/her own knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters he/she believes them to be true.

                  Deponent further says that the reason this verification is made by deponent and not by M&T Bank is because M&T Bank is a corporation and the grounds of deponent's belief as to all matters in the Summons and Verified Complaint not stated upon his/her own knowledge, are investigations which deponent has caused to be made concerning the subject matter of this Summons and Verified Complaint and information acquired by deponent in the course of his/her duties as an officer of said corporation and from the books and papers of said corporation.

*Caitlin E. Whalen*

                  On this __28th__ day of __March__, 20__22__ before me personally came __Caitlin E. Whalen__, who, being duly sworn, deposed and said that he/she is a/an __Assistant Vice President__ of M&T Bank and that he/she has read the foregoing Verified Complaint, that he/she knows the contents thereof and that he/she has affixed his/her name with all requisite authority on behalf of M&T Bank.

*Angela Marie Berninger*
Notary Public

ANGELA MARIE BERNINGER
NOTARY PUBLIC STATE OF NEW YORK
ERIE
LIC. #01BE6376033
COMM. EXP. 06/04/2022

# EXHIBIT A

M&T Bank [redacted] RETAIL INSTALMENT CONTRACT (MOTOR VEHICLE — NY)

SIMPLE INTEREST
Dated AUGUST 17th, 2015 Account #

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all scheduled payments | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 2255.00 |
| --- | --- | --- | --- | --- |
| [illegible] % | $ 26701.78 | $ 60459.02 | $ [illegible] | $ [illegible] |

Your Payment Schedule will be:

| No. of Payments | Amount of Payments | When Payments Are Due |
| --- | --- | --- |
| 84 | $ [illegible] | Monthly beginning 09/16/2015 |
| | $ N/A | |

Filing Fees $ N/A

Security: You are giving a security interest in the Vehicle being purchased.
Late Charge: If a payment is more than 10 days late, you will be charged 5% of the full payment amount.
Prepayment: If you pay off early, you will not have to pay a penalty.

See below and any other Contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties. e means estimate

In this Contract, we are the SELLER: AUTO MALL NISSAN, INC DBA ATLANTIC NISSAN SUPERSTORE, [illegible] SUNRISE HIGHWAY WEST ISLIP NY 11795
Name Address Zip Code

This Contract is between Seller and Buyer. All disclosures have been made by Seller. Seller intends to assign this Contract to the Assignee.

You are the BUYER(S): MOISES GOMEZ-GRANIELLO [illegible] PHILLIPS DR MEDFORD NY 11763
Name(s) Address(es) Zip Code(s)

If there is more than one Buyer, each promises, separately and together, to pay all sums due us and to perform all agreements in this Contract.

VEHICLE: You have agreed to purchase, under the terms of this Contract, the following motor vehicle and its extra equipment which is called the "Vehicle" in this Contract:

N/U/D: N — Year and Make: 2015 NISSAN — Model: ARMADA — Body Style: SL[illegible] — No. Cyl: 8 — Truck Ton Capacity: 5695 — Vehicle Identification No.: 5N1AA0NE0FN6[illegible]

TRADE IN: You have traded in the following vehicle: [illegible]

[illegible]

PROPERTY INSURANCE: [illegible]
TITLE HOLDER OR CREDITOR: MOISES GOMEZ GRANIELLO — INSURED NAME(S): MOISES GOMEZ GRANIELLO
PHYSICAL DAMAGE: Comprehensive $ 500.00 deductible; Collision $ 500.00 deductible
INSURANCE COMPANY: GEICO — Policy Number: 4323248213
Effective Date: 08/16/2015
AGENT Name: GEICO — Address: WOODBURY NY

[illegible]

VENDOR'S SINGLE INTEREST INSURANCE [illegible]

CREDIT INSURANCE IS NOT REQUIRED [illegible]

Credit life / credit disability / involuntary unemployment insurance elections: N/A

| Cash Price, Downpayment and Trade In | |
| --- | --- |
| Cash Price (including accessories, services and taxes) | $ 59116.52 |
| Cash Downpayment | $ 2255.00 |
| Value of Trade In | $ N/A |
| Less Payoff | $ N/A |
| Less Payoff to | N/A |

| Itemization of Amount Financed | |
| --- | --- |
| Unpaid Cash Price Balance | $ 57[illegible] |
| Amounts Paid to Others on Your Behalf* | |
| License, Tags and Registration | $ 355.00 |
| To Credit Insurance Company | $ N/A |
| To VSI Insurance Company** | $ 90.00 |
| To Property Insurance Company | $ N/A |
| To ST OF NY/INSP FEE | $ 10.00 |
| To ST OF NY/TIRE FEE | $ 12.50 |
| To SECURITY GOLD PREF | $ 2855.00 |
| To | $ N/A |
| Other Amounts Financed | |
| To Seller for GAP Coverage | $ 100.00 |
| To DOCUMENTATION FEE | $ 75.00 |
| To N/A | $ N/A |
| Amount Financed | $ 60459.02 |

*We may be retaining a portion of these amounts.

DEBT CANCELLATION COVERAGE IS NOT REQUIRED. [illegible]

ASSIGNMENT: [illegible]
M&T BANK
Installment Loan Operations, One Fountain Plaza, P.O. Box 767
Buffalo, New York 14240

CO SIGNER: [illegible]

TERMS: [illegible]

PROMISE TO PAY: [illegible]

SECURITY AGREEMENT: [illegible]

ADDITIONAL TERMS AND CONDITIONS: THIS CONTRACT CONTINUES ON THE REVERSE SIDE. YOU ARE OBLIGATED TO ALL THE TERMS OF THE CONTRACT WHICH APPEAR ON THE REVERSE SIDE.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO THE BUYER: 1. Do not sign this Contract before you read it or if it contains any blank space. 2. You are entitled to a completely filled-in copy of this Contract. 3. Under the law, you have the right to pay off in advance the full amount due. If you do so, you may, depending on the nature of the credit service charge, either (a) prepay without penalty, or (b) under some circumstances obtain a rebate of the credit service charge. 4. According to law you have the privilege of purchasing the insurance on the motor vehicle provided for in this Contract from an agent or broker of your own selection.**

By signing below we agree to sell the Vehicle to you under the terms of this Contract.

SELLER: AUTO MALL NISSAN, INC DBA ATLANTIC NISSAN SUPERSTORE
By: [signature] (SEAL) 08/17/2015 Date

You hereby acknowledge receipt of a copy of this Contract.
RETAIL INSTALMENT CONTRACT
BUYER X Moises Gomez [signature] (SEAL) 08/17/2015 Date
BUYER X (SEAL) Date

**CO SIGNER NOTICE**

You agree to pay the debt identified above, although you may not personally receive any property, services or money. You may be sued for payment although the person who receives the property, services or money is capable of paying the debt. You should know that the Total of Payments listed above does not include Finance Charges resulting from delinquency, late charges, repossession or foreclosure costs, court costs or attorney's fees, or other charges that are stated in the Contract. You will also have to pay some or all of these costs and charges as required by the terms of the Contract. IF THIS DEBT IS EVER IN DEFAULT, THAT FACT MAY BECOME A PART OF YOUR CREDIT RECORD. This notice is not the writing that obligates you to pay the debt. You have read the Retail Instalment Contract, which contains the exact terms of your obligation, and the Co Signer(s) Notice. You have been given a completed copy of this Notice and each writing that obligates you or the Buyer on this Contract.

X Signature of Co Signer — Date — X Signature of Co Signer — Date

CO SIGNER: YOU SHOULD READ THE NOTICE TO CO SIGNER ABOVE, BEFORE SIGNING THE CO SIGNER'S AGREEMENT.
CO SIGNER'S AGREEMENT: [illegible]

X Co Signer's Signature (SEAL) Address Date
X Co Signer's Signature (SEAL) Address Date

[illegible]

Co Owner's Signature Address Date

**ASSIGNMENT**

The Seller agrees to be bound by all provisions of this contract. [illegible]

08/17/2015 — AUTO MALL NISSAN, INC DBA ATLANTIC NISSAN SUPERSTORE — [signature] MGR
Date — Name of Seller — Signature and Title of Person Signing for Seller

**No Cooling Off Period**

State law does not provide for a "cooling off" or other cancellation period for this Contract. Therefore, you cannot later cancel this Contract simply because you change your mind or wish you had acquired a different item. After you sign above, you may only cancel this Contract for legally valid reasons.

Form MT RSMVLF NY (NYS23SIC 1) [illegible] NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

TRUE COPY UCC NON-AUTHORITATIVE COPY

## REVERSE SIDE - ADDITIONAL TERMS AND CONDITIONS

1. HOW THE TOTAL OF PAYMENTS IS COMPUTED. The Total of Payments is the sum of the Amount Financed and the Finance Charge. [illegible] computed daily on the outstanding balance of the Amount Financed. The Finance Charge shown on the front side has been computed on the assumption that we will receive all payments on their scheduled due dates.

2. COMPUTING INTEREST. [illegible]

3. EFFECT OF INSURANCE PREMIUMS ON THE ANNUAL PERCENTAGE RATE (APR) AND FINANCE CHARGE FOR LOANS OVER 60 MONTHS. [illegible]

4. APPLICATION OF PAYMENTS. [illegible]

5. PREPAYMENT. You may prepay, in full or in part, the amount owed on this Contract at any time. [illegible]

6. LATE CHARGES. [illegible]

7. RETURNED CHECK CHARGE. If any payment is made with a check which is dishonored by the drawee, unless prohibited by law, you agree to pay us an Insufficient Funds Fee of $20.00.

8. WAIVERS

a. WAIVER BY SELLER AND ASSIGNEE. [illegible]

b. WAIVERS BY BUYER, CO-SIGNER AND CO-OWNER. [illegible]

9. INTEREST AFTER MATURITY AND JUDGMENT. [illegible]

10. YOUR PROMISES ABOUT OUR SECURITY INTEREST. [illegible]

11. YOUR PROMISES ABOUT THE VEHICLE. [illegible]

12. YOUR PROMISES ABOUT INSURANCE. [illegible]

13. RISK OF LOSS. [illegible]

14. OUR RIGHTS IF YOU BREAK YOUR PROMISES ABOUT THE SECURITY INTEREST, VEHICLE OR INSURANCE. [illegible]

15. DEFAULT. In this paragraph "You" means the Buyer, Co-Signer and Co-Owner, or any one of them. You will be in "Default" of the Contract if any one or more of the following things happen:

a. You do not make any payment on or before it is due and the installment remains unpaid for more than 10 days; or

b. You do not keep any promise you made in this Contract; or

c. [illegible] Contract, Note, Loan or Agreement with Seller or Assignee; or

d. You made any untrue statement in the credit application for this Contract; or

e. You committed any forgery in connection with this Contract; or

[illegible]

16. REPOSSESSION. [illegible]

17. DELAY IN ENFORCEMENT. [illegible]

[illegible] SALE. [illegible]

[illegible] SURPLUS OR DEFICIENCY. [illegible]

[illegible] EXPENSES. [illegible]

17. MECHANICAL BREAKDOWN PROTECTION, SERVICE PLAN AND WARRANTY. [illegible]

18. COMMUNICATIONS CONCERNING DISPUTED DEBTS. [illegible]

19. HEIRS AND PERSONAL REPRESENTATIVES BOUND. [illegible]

20. COLLECTION COSTS. [illegible]

21. NOTICES AND CHANGE OF ADDRESS. [illegible]

22. NO NOTICE OR LOSS OF RIGHTS. [illegible]

23. CHANGES AND GIVING UP OF RIGHTS BY US. [illegible]

24. CLAIM FOR FAILURE TO OBTAIN INSURANCE OR SERVICE CONTRACT. [illegible] your only claim will be for a refund of that amount.

25. CONTINUED EFFECTIVENESS. If any part of this Contract is determined by a court to be invalid, the rest will remain in effect.

26. WHAT LAW APPLIES. Any legal question concerning this Contract will be decided in accordance with the law of the State of New York and, to the extent applicable, federal law.

27. ASSIGNMENT BY BUYER. [illegible]

THERE ARE NO WARRANTIES BY SELLER, EXPRESSED OR IMPLIED, INCLUDING THE WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, UNLESS SELLER HAS GIVEN YOU A SEPARATE WRITTEN WARRANTY OR UNLESS SELLER ENTERS INTO A SERVICE CONTRACT WITH BUYER WITHIN 90 DAYS FROM THE DATE OF THIS CONTRACT.

**NOTICE**

**ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**Buyer's Guide Window Sticker.** If the Vehicle which is described on the face of this Contract has a Buyer's Guide Window Sticker required by the Federal Trade Commission Used Car Trade Regulation Rule, the following notice applies:

**The information you see on the window form for this Vehicle is part of this Contract. Information on the window form overrides any contrary provisions in the contract of sale.**

**NOTICE OF PROPOSED CREDIT INSURANCE**

[illegible]

Form MT RSMVLF-NY (NYS235LC-1) [illegible]

NOTICE: SEE FRONT SIDE FOR IMPORTANT INFORMATION