Case 1:23-cv-02233-EK-RML   Document 1-9   Filed 03/22/23   Page 1 of 1 PageID #: 209

STATE OF NEW YORK
SUPREME COURT  :  COUNTY OF SUFFOLK

_____

M&T BANK
475 Crosspoint Parkway
Getzville, New York  14068,

               Plaintiff,

                                                  Index No.:  606156/2022

     v.

MOISES GOMEZ-GRANILLO
1652 Spur Drive N
Central Islip, New York 11722,

               Defendant(s).

_____

## AFFIRMATION OF NON-EXPIRATION OF STATUTE OF LIMITATIONS
### (All Actions)

Kyle C. DiDone, Esq., pursuant to CPLR § 2106 and under the penalties of perjury, affirms as follows:

1.      I am counsel for M&T Bank in the instant action.

2.      The cause(s) of action asserted herein accrued on November 16, 2016 [*date of default*] in the state of New York.  The statute(s) of limitations for the cause(s) of action asserted herein is 6 (six) years.  Based on my reasonable inquiry, I believe the applicable statute(s) of limitations for the cause(s) of action asserted herein has/have not expired.

The above statements are true and correct to the best of my personal knowledge.

Dated:  March 3, 2023

_____
Kyle C. DiDone