UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
BLANCA LUCIANO,

                                                                                                                         Case No.: 1:23-cv-2233-EK-RML

                        Plaintiff,

       -against-

M&T BANK,
RUPP PFALZGRAF LLC f/k/a
RUPP, BAASE, PFALZGRAF, CUNNINGHAM, LLC,
and
KYLE DIDONE
                        Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that Spencer A. Richards, an attorney admitted in this Court, and FURMAN KORNFELD & BRENNAN, LLP., hereby appears as attorney of record for defendants, Rupp Pfalzgraf LLC f/k/a Rupp, Baase, Pfalzgraf, Cunningham, LLC and Kyle DiDone, in the above-captioned matter.

Dated: New York, New York
          June 21, 2023

                                                    FURMAN KORNFELD & BRENNAN LLP

                                                    By: /s/ *Spencer A. Richards*___
                                                         Spencer A. Richards (Bar # SR7177)
                                                         *Attorney for Defendants*
                                                          *Rupp Pfalzgraf LLC f/k/a Rupp, Baase,*
                                                          *Pfalzgraf, Cunningham, LLC and Kyle*
                                                          *Didone*,
                                                          Wall Street Plaza
                                                          88 Pine Street, 32nd Floor
                                                          New York, NY 10005
                                                          Tel: 212-867-4100 Ext. 382
                                                          Fax: 212-867-4118
                                                          Email: srichards@fkblaw.com
                                                          FKB File No. 313.545