**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
BLANCA LUCIANO,

                *Plaintiff,*

   v.

M&T BANK,
RUPP PFALZGRAF LLC f/k/a
RUPP, BAASE, PFALZGRAF, CUNNINGHAM, LLC,
and
KYLE DIDONE

                *Defendants.*
---------------------------------------------------------------------X

Case No.: 1:23-cv-2233-EK-RML

**NOTICE OF APPEARANCE**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Asher Kest, Esq., of FURMAN KORNFELD & BRENNAN LLP, 88 Pine Street, 32nd Floor, New York, New York 10005, hereby appears as an attorney of record for Defendants, RUPP PFALZGRAF LLC f/k/a RUPP, BAASE, PFALZGRAF, CUNNINGHAM, LLC, and KYLE DIDONE, in the above-captioned matter.

Undersigned counsel, Asher Kest, hereby certifies that he is admitted to practice in this Court.

Date: New York, New York
       September 26, 2023

                                        FURMAN KORNFELD & BRENNAN LLP

                           By:   ___/s/ Asher Kest_____
                                  Asher Kest, Esq.
                                  *Attorneys for Defendants*
                                  *RUPP PFALZGRAF LLC f/k/a*
                                  *RUPP, BAASE, PFALZGRAF,*
                                  *CUNNINGHAM, LLC, and KYLE DIDONE*
                                  88 Pine Street – 32nd Floor
                                  New York, NY 10005
                                  Tel: (212)-867-4100
                                  Fax: (212)-867-4118
                                  File No.: 313.545
                                  akest@fkblaw.com